# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>HOUSE OF PRAYER BIBLE SEMINARY, )<br>)<br>Respondent. ) | No. 4:23-CV-____ |

## PETITION FOR
## SUMMARY ENFORCEMENT OF CIVIL INVESTIGATIVE DEMANDS

Petitioner, the United States of America, respectfully petitions the Court, pursuant to 31 U.S.C. § 3733(j)(1), to issue an order enforcing Civil Investigative Demand (CID) Numbers 2019-041 (Exhibit A) and 2023-001 (Exhibit B). The United States requests that the Court compel the recipient of the demands, Respondent House of Prayer Bible Seminary (HOPBS), to provide sworn certificates of its compliance with the interrogatories and requests for documents contained in CID No. 2019-041 and to respond to CID No. 2023-001. The United States is entitled to enforcement of the CID because the CID seeks information relevant to a pending investigation under the False Claims Act, and Respondent has not raised any cognizable defenses to enforcement of the CID.

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this petition under 31 U.S.C. §§ 3733(j)(1) and (j)(5), and 28 U.S.C. § 1345.

2. Venue is proper under 31 U.S.C. § 3733(j).

## PARTIES

3. Petitioner is the United States of America.

4. Respondent HOPBS, and its parent company, House of Prayer Christian Churches of America, Inc., is a foreign nonprofit corporation with a principal place of business at 2540 Airport Road, Hinesville, Georgia, 31313. Its registered agent is the Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia, 30092. HOPBS operates at least two seminaries in this district located in Hinesville, Georgia, and Hepzibah, Georgia.

## CID NO. 2019-041

5. The United States Attorney for the Southern District of Georgia issued CID No. 2019-041 on December 9, 2019, to HOPBS, consisting of interrogatories and document requests, as part of a civil investigation under the False Claims Act to determine whether HOPBS or individuals acting on its behalf submitted or caused the submission of false claims for veterans' education and housing benefits offered through the Department of Veterans Affairs.

6. The Attorney General delegated the authority to issue CIDs under 31 U.S.C. § 3733(a)(1) to the United States Attorney through 28 C.F.R. Part 0, Subpart Y, App'x, Dir. No. 1-15.

7. HOPBS's then-counsel agreed to accept service of CID No. 2019-041 by email on February 13, 2020. Service of the CID was accomplished by email to HOPBS's counsel on February 17, 2020.

8. HOPBS, though counsel, provided its first production on March 12, 2020, and

indicated that Marcus Labat "will be executing the certificates of compliance when everything has been produced." HOPBS made a second production on or about March 31, 2020.

9. To date, HOPBS has not provided a sworn certificate to its interrogatory responses as required by 31 U.S.C. § 3733(g).

10. To date, HOPBS has not provided a sworn certificate for its responses to the document requests as required by 31 U.S.C. § 3733(f)(1).

### CID NO. 2023-001

11. The United States Attorney for the Southern District of Georgia issued CID No. 2023-001 on January 27, 2023, to HOPBS, consisting of interrogatories and document requests, as part of a civil investigation under the False Claims Act to determine whether HOPBS or individuals acting on its behalf submitted or caused the submission of false claims for veterans' education and housing benefits offered through the Department of Veterans Affairs.

12. The Attorney General delegated the authority to issue CIDs under 31 U.S.C. § 3733(a)(1) to the United States Attorney through 28 C.F.R. Part 0, Subpart Y, App'x, Dir. No. 1-15.

13. CID No. 2023-001 was served on HOPBS by depositing an executed copy by registered/certified mail, return receipt requested, addressed to HOPBS at its principal office or place of business on February 1, 2023. *See* 31 U.S.C. § 3733(d)(1)(C). The CID was received on February 3, 2023, making a response due by February 23, 2023.

14. To date, HOPBS has failed to respond to the CID.

## PRAYER FOR RELIEF

WHEREFORE, petitioner, the United States of America, respectfully requests that this Court order respondent, House of Prayer Bible Seminary, to:

a) Provide sworn certificates of its compliance with CID No. 2019-041 as required by 31 U.S.C. § 3733(f)(1) and (g);

b) Serve full and complete responses to the interrogatories and document requests contained in CID No. 2023-001, supported by the sworn certificates required by 31 U.S.C. § 3733(f)(1) and (g); and

c) Grant such other relief as this Court determines is just and proper.

JILL E. STEINBERG
United States Attorney
Southern District of Georgia

*/s/ Bradford C. Patrick*
Bradford C. Patrick
Assistant United States Attorney
South Carolina Bar No. 102092
Post Office Box 8970
Savannah, Georgia  31412
Telephone:  (912) 652-4422
Facsimile:  (912) 652-4227
Email: Bradford.Patrick@usdoj.gov