Exhibit Cover

# EXHIBIT B
# CID No. 2023-01





# UNITED STATES OF AMERICA
## U.S. DEPARTMENT OF JUSTICE

*United States Attorney's Office*
*Southern District of Georgia*

## CIVIL INVESTIGATIVE DEMAND
Interrogatories and Documents

TO:   House of Prayer Bible Seminary            CID No. 2023-001
      2540 Airport Road
      Hinesville, GA, 31313

This Civil Investigative Demand ("CID") is issued pursuant to the False Claims Act, 31 U.S.C. §§ 3729–3733, in the course of a False Claims Act investigation to determine whether there is or has been a violation of 31 U.S.C. § 3729, *et. seq*. This False Claims Act investigation concerns allegations that House of Prayer, its employees, contractors, and agents, as well as other individuals or entities, violated or conspired to violate the False Claims Act by obtaining funds from the Department of Veterans Affairs for education and housing benefit programs to which it was not entitled. The general purpose of this CID is to discover information relating to these allegations and to determine whether House of Prayer and its employees and agents have violated the False Claims Act.

This is the original CID; no copies have been served on other parties.

**You are hereby commanded** to answer in writing the written interrogatories attached hereto as "Exhibit A" by no later than twenty (20) days after the day on which you receive this CID (or another date to be mutually agreed upon), and submit such answers to Assistant United States Attorney Bradford C. Patrick at the United States Attorney's Office for the Southern District of Georgia, 22 Barnard Street, Suite 300, Savannah, Georgia 31401. The written interrogatories shall be answered separately and fully in writing under oath and also shall be submitted under a sworn certificate in the form printed in this CID. If you object to any interrogatory, state your objection and set forth with particularity the reasons why the information was not furnished on the certificate.

1

**You are further commanded** to produce a copy of requested documentation identified hereto as "Exhibit B" by no later than twenty (20) days after the day on which you receive this CID (or another date to be mutually agreed upon), to Assistant United States Attorney Bradford C. Patrick, at the United States Attorney's Office for the Southern District of Georgia, 22 Barnard Street, Suite 300, Savannah, Georgia 31401. If you object to any document request, state your objection and set forth with particularity the reasons why the document was not produced on the certificate.

The following, as well as their supervisors, will serve as False Claims Act investigators and custodians to whom such material shall be made available: Assistant United States Attorney Bradford C. Patrick.

A response to this CID, including execution and return of the attached certification, is necessary to the conduct of the investigation. Failure to comply with any of the requirements of this CID will render you liable to proceedings in the United States District Court.

Issued under the authority of 31 U.S.C. § 3733 on this 27th day of January, 2023.

DAVID H. ESTES
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF GEORGIA

## DEFINITIONS

1. *Document* means any and all writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations whether preserved in *hard-paper form* or stored in *digital form* in any medium from which information can be obtained either directly or, if necessary, after translation by you into a reasonably usable form, and includes, but is not limited to, any and all originals, copies and reproductions (except for materials that are *de-duplicated* under the terms of this CID), *archived data*, and *backup data* of all records, papers, tables, charts, appointment calendars, schedules, journals, notes, memoranda, logs, manuals, reports, minutes, notices, bulletins, financial statements, balance sheets, ledgers, contracts, agreements, promissory notes, security agreements or other negotiable instruments, telegrams, facsimiles, telexes, wire transfers, films, microfilms, photographs, video files, slides, audio recordings, transcriptions, phone records, *communications* (including, but not limited to electronic communications), voice mail, computer files, or any other information or data compilations stored in *databases* or accessible through computer or other information retrieval systems, *e.g.*, Portable Digital Assistants ("PDAs"), together with instructions and all other materials necessary to use or interpret such data compilations, and other like or similar tangible things, regardless of the means of their preparation and use.

2. *Communication* means any transmission or exchange of information between two or more persons orally or in writing, whether by chance or design, and includes, without limitation, any conversation or discussion, whether by face-to-face encounter, by regular mail or courier, by telephone, or by other means of electronic communication, whether transmitted in interstate or intrastate commerce. *Communication* includes, but is not limited to:

    a. *Email* (a/k/a *electronic mail* or *e-mail*): an electronic means for communicating information under specified conditions, generally in the form of text messages, through systems that will send, store, process and receive information and in which messages are held in storage until the addressee accesses them.

    b. *Text Messages* (a/k/a *texts* or *iMessages*): a form of electronic communication involving immediate communication between two or more users through systems that will send, store, process and receive information and in which messages are held in storage until the addressee accesses them.

    c. *Instant Messages* (a/k/a *IM*): a form of electronic communication involving immediate communication between two or more online users; *stored IM* communications are messages that are purposely stored on a client computer.

    d.    *Header information*: distribution information associated with email such as *Sender*, *Recipient*, *Subject*, *Date* and *Time*, cc: (*carbon copy*), bcc: (*blind carbon copy*).

    e.    *Parent email*, *parent items*, and *child files*: *parent email* refers to the content and substance of an electronic communication, including *header information*; *parent items* refers to the content and substance of items such as calendars, tasks, notes, etc.; *child files* refers to files attached to *parent files* or *parent items*.

    f.    *Social Media* means electronic communication by and between correspondents connected together using media such as blogs (*e.g.*, Twitter), content communities (*e.g.*, YouTube), or social networks (*e.g.*, Facebook).

3. "*And*," "*or*," and "*and/or*" shall be construed either disjunctively or conjunctively so as to bring within the scope of this CID for documents any material which might otherwise be construed as outside the scope of this CID.

4. "*House of Prayer*" means (1) House of Prayer Bible Seminary, at all locations, including House of Prayer Bible Seminary – Hinesville (VA Facility Code: 35015111), House of Prayer Bible Seminary – Hephzibah (VA Facility Code: 35015411), House of Prayer Bible Seminary (VA Facility Code: 35469147), House of Prayer Bible Seminary (VA Facility Code: 35135543), House of Prayer Bible Seminary (VA Facility Code: 35014233), and includes, irrespective of any name under which it has done business; (2) all of its predecessors, subsidiaries, affiliates, branches, divisions, groups, operations, units, facilities, locations, parent organizations, plants, and any joint ventures of which it is a part; and (3) each of its present or former respective officers, directors, employees, representatives, and agents, acting or purporting to act or appearing to act on behalf of it, whether or not acting within the proper scope of his or her actual authority.

5. "*Relating to*" or "*relate to*" or "*discussing*" means consisting of, referring to, reflecting, supporting, evidencing, discussing, describing, embodying, memorializing, containing, constituting, including, identifying, stating, studying, reporting, commenting, analyzing, setting forth, considering, recommending, concerning, pertaining or being relevant to, in whole or in part, prepared in connection with, used in preparation for, or being in any way legally, logically, or factually connected to the matter discussed.

6. "*You*" or "*your*" means House of Prayer and any person acting on its behalf, including but not limited to its current or former employees, consultants, investigators, representatives or agents, or any corporate predecessors, past or present subsidiaries or affiliates, current and former directors, officers, principals, partners, attorneys or other persons acting for or on behalf thereof, including any

      otherwise independent attorney, accountant, investigator, or consultant.

7. The singular and plural forms of any word shall be construed interchangeably.

8. "*Any*" shall be construed to include "*all*," and "*all*" shall be construed to include "*any*."

9. "*Including*" shall be construed to mean "*including, but not limited to.*"

10. The "*United States*" shall be construed to mean the United States of America, its agencies, departments, and representatives.

## INSTRUCTIONS

1. This CID applies to all documents in your possession, custody, or control regardless of their location and regardless of whether such material is held by your current or former employees, including facility-level personnel, mid-level management personnel, upper-level management personnel, directors, officers, in-house IT specialists and technicians, IT specialists and technicians to whom digital services have been out-sourced, consultants, representatives, agents, and any and all other persons acting on your behalf. Information and materials sought by this CID shall also include information and materials within the possession, custody, or control of any of your agents, officers, or employees, or any person acting as your representative or on your behalf.

2. Unless otherwise specified, this CID applies to all documents in your possession, custody, or control from the period **from December 1, 2019 to the date of this CID's issuance**. Documents created prior to December 1, 2019, that have been used or relied on by you since December 1, 2019, or that describe any duties, obligations, or policies that were in effect after December 1, 2019, are within the time frame of this CID.

3. The relevant time period for the information requested by written interrogatories is **from December 1, 2019 to the date of this CID's issuance.** The interrogatories shall be answered separately and fully in writing under oath and also shall be submitted under a sworn certificate in the form printed in this Demand. If you object to any interrogatory, state your objection and set forth with particularity the reasons why the information was not furnished on the certificate.

4. If you become aware that you possess, have custody or control of additional documents responsive to this CID, you shall promptly produce such additional documents.

5. If you intend to withhold from production any document based upon a claim of legal privilege, work product, or any other protection from production:

    a. Identify with particularity and in a written log each such document by date, author(s), addressee(s), recipient(s), title, subject matter, purpose, and present custody of each and every questioned document;

    b. State with particularity the privilege, work product principle, or other legal protection upon which you are relying in claiming each and every questioned document should be withheld from production; and

    c. State with particularity each and every fact supporting the claim of privilege(s), work product protection, or other legal

       protection(s) from production.

6. Identify all responsive documents that have been lost, discarded, destroyed, altered, or spoiled. In so doing, state: (a) the type of document; (b) the date of its creation; (c) the approximate date it was lost, discarded, destroyed, altered, or spoiled; (d) the nature of the spoliation; (e) the cause of the spoliation; (f) whether the spoliation was purposeful, inadvertent, or accidental; and, (g) the identity of each person having knowledge about the document and about its spoliation.

7. All documents provided in response to this CID are to include all marginalia and post-its, as well as any attachments referred to or incorporated by the document. To the extent that documents are found attached to other documents, by means of paper clips, staples or other means of attachment, such documents shall be produced together in the condition in which they are found. All documents should be produced in the manner and format in which they are kept in the usual course of business. If documents are stored electronically, they should be produced in electronic format. If documents are stored in multiple formats, they should be produced in each format in which they are stored.

8. All documents provided in response to this CID are to be organized in such a manner that each document responsive to a particular request is grouped together and identified as being responsive to that request.

9. If no document exists that is responsive to a request, a written statement to that effect shall be provided at the time of production.

10. All hard copy documents shall be scanned and produced in electronic format.

## EXHIBIT A – INTERROGATORIES

1. Identify all individuals who answered the Interrogatories attached as Exhibit A to CID 2019-041. If more than one individual answered the Interrogatories, identify which individual answered which interrogatory.

2. Identify each interrogatory response supplied in whole or in part by Marcus Labat in House of Prayer's response to the Interrogatories attached as Exhibit A to CID 2019-041. For any interrogatory response that Marcus Labat supplied a partial response, identify all other individuals who supplied additional information used in the response.

3. Identify each interrogatory response supplied in whole or in part by Omar Garcia in House of Prayer's response to the Interrogatories attached as Exhibit A to CID 2019-041. For any interrogatory response that Omar Garcia supplied a partial response, identify all other individuals who supplied additional information used in the response.

4. Identify all individuals who provided information or documents used by House of Prayer to respond to the Interrogatories attached as Exhibit A to CID 2019-041.

5. Identify all individuals who provided information or documents used by House of Prayer to respond to the document requests attached as Exhibit B to CID 2019-041.

6. Identify all individuals who provided information or documents used by House of Prayer in its March 12, 2020 production of document in response to the document requests attached as Exhibit B to CID 2019-041.

7. Identify all individuals who provided information or documents used by House of Prayer in its March 31, 2020 production of document in response to the document requests attached as Exhibit B to CID 2019-041.

8. Identify all individuals who searched for documents responsive to the document requests attached as Exhibit B to CID 2019-041.

9. Identify the individual who annotated the document with the file name "Exhibit B-5-8 Sample Samples for Student Records.pdf" produced in response to the document requests attached as Exhibit B to CID 2019-041.

10. Identify all individuals who assembled and provided the documents produced by House of Prayer in the subfolder labelled "Exhibit B-5-8" in response to the document requests attached as Exhibit B to CID 2019-041.

11. Identify all individuals who made, created, or prepared the student schedules produced by House of Prayer in the subfolder labelled "Exhibit B-5-8" in response to the document requests attached as Exhibit B to CID 2019-041. If more than one individual is responsive, identify which individual made, created, or prepared each student schedule or portion thereof.

12. Identify all individuals who made, created, or prepared the absence reports produced by House of Prayer in the subfolder labelled "Exhibit B-5-8" in response to the document requests attached as Exhibit B to CID 2019-041. If more than one individual is responsive, identify which individual made, created, or prepared each absence report or portion thereof.

13. Identify all individuals who made, created, or prepared the student transcripts produced by House of Prayer in the subfolder labelled "Exhibit B-5-8" in response to the document requests attached as Exhibit B to CID 2019-041. If more than one individual is responsive, identify which individual made, created, or prepared each student transcript or portion thereof.

14. Identify all individuals who made, created, or prepared the tuition statements produced by House of Prayer in the subfolder labelled "Exhibit B-5-8" in response to the document requests attached as Exhibit B to CID 2019-041. If more than one individual is responsive, identify which individual made, created, or prepared each tuition statement or portion thereof.

15. Identify all physical locations where documents produced by House of Prayer in the subfolder labelled "Exhibit B-5-8" in response to the document requests attached as Exhibit B to CID 2019-041 were located when House of Prayer received CID 2019-041. For documents maintained solely in electronic form, identify the physical location where the hard drive, server, or electronic device was located when House of Prayer received CID 2019-041.

16. Identify all physical locations that House of Prayer searched for documents produced by House of Prayer in the subfolder labelled "Exhibit B-5-8" in response to the document requests attached as Exhibit B to CID 2019-041. For documents maintained solely in electronic form, identify the physical location where the hard drive, server, or electronic device storing responsive documents was located at the time of House of Prayer's search.

17. Identify all individuals who assisted in the preparation of these interrogatory responses (CID 2013-001).

## EXHIBIT B - DOCUMENTS TO BE PRODUCED

1. Produce all documents responsive to the document requests attached as Exhibit B to CID 2019-041 in House of Prayer's possession, custody, or control that have not been previously produced to the United States. For this document request, the relevant time period is January 1, 2010 to present.

2. Produce all communications regarding House of Prayer's response to CID 2019-041. For any communication over which House of Prayer asserts a legal privilege, work product, or any other protection from production, please follow Instruction 5.

## CERTIFICATE OF COMPLIANCE

  I have responsibility for producing the documents requested in Civil Investigative Demand No. CID 2023-001. I hereby certify that all the materials required by that Civil Investigative Demand that are in the possession, custody, or control of the entities to whom the Demand is directed have been submitted to the designated False Claims Act investigator. If any such information has not been furnished because of a lawful objection, the objection to the interrogatory and the reasons for the objection have been stated with particularity in writing herein.

Signature    _____

Printed Name    _____

Title    _____

**SWORN TO** before me, this _____ day of _____, 2023.

_____

NOTARY PUBLIC

## CERTIFICATE OF COMPLIANCE

     I have responsibility for answering the written interrogatories requested in Civil Investigative Demand No. CID 2023-001. I hereby certify that all information required by that Civil Investigative Demand that is in the possession, custody, control, or knowledge of the entities to whom the Demand is directed has been submitted to the designated False Claims Act investigator. If any such information has not been furnished because of a lawful objection, the objection to the interrogatory and the reasons for the objection have been stated with particularity in writing herein.

Signature  _____

Printed Name  _____

Title  _____

**SWORN TO** before me, this _____ day of _____, 2023.

_____
NOTARY PUBLIC

## PROOF OF SERVICE

I, _Douglas R. Dye_, an employee of the United States working under the direction and supervision of Assistant United States Attorney Bradford C. Patrick in connection with a False Claims Act investigation, hereby certify that on _2/1/2023_, I served an original executed copy of Civil Investigative Demand No. 2023-001 by

(CHECK ONE)

☐ Personal Delivery; or

☑ Certified/Registered Mail

to the following:

NAME        House of Prayer

I declare under penalty of perjury under the laws of the United States of America that the forgoing information contained in this Proof of Service is true and correct.

_2/1/2023_
DATE

_[signature]_
SIGNATURE

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

# 70112970000267213808

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 10:21 am on February 3, 2023 in HINESVILLE, GA 31313.

**Delivered**
**Delivered, Left with Individual**

HINESVILLE, GA 31313
February 3, 2023, 10:21 am

See All Tracking History

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



