Exhibit Cover

# EXHIBIT C
# Email dated February 17, 2020, from Steve Sadow to Douglas Dye



| | |
|---|---|
| **From:** | Steve Sadow |
| **To:** | Dye, Douglas R. (AT) (FBI) |
| **Cc:** | Clarkson, Thomas (USAGAS) |
| **Subject:** | Re: Subpoena CID |
| **Date:** | Monday, February 17, 2020 12:50:54 PM |

Received.

Steve Sadow
404-577-1400 office
404-242-9440 cell

> On Feb 17, 2020, at 12:41 PM, Dye, Douglas R. (AT) (FBI) <drdye@fbi.gov> wrote:
>
> Mr. Sadow,
>
> Thank you for speaking with me on 02/13/2020. Attached as we discussed was the Civil Investigative Demand from the United States Attorney's Office (USAO), Southern District of Georgia (SDGA) for RONY DENIS or the custodian of records concerning House of Prayer Bible Seminary, Hinesville, Georgia.
>
> Thank you,
> D. Dye
> Special Agent
> FBI
> 4043095394
> <CID.pdf>