Exhibit Cover

# EXHIBIT D
# Email dated March 12, 2020, from Steve Sadow to J. Thomas Clarkson



|  |  |
|---|---|
| **From:** | Steve Sadow |
| **To:** | Clarkson, Thomas (USAGAS) |
| **Cc:** | Dye, Douglas R. (AT) (FBI); Schwedler, Patrick (USAGAS) |
| **Subject:** | CID - House of Prayer Bible Seminary |
| **Date:** | Thursday, March 12, 2020 10:26:59 AM |

AUSA Clarkson

As a threshold matter, let me be clear that I am representing the House of Prayer Bible Seminary re: the CID.
I am sending to you by FedEx today one flash drive containing the "First Production" commanded by the CID. The source of that production is the House of Prayer Bible Seminary. The points of contact for the seminary are Marcus Labat (Veterans Liaison and School Certifying Official) and Omar Garcia (Registar). Mr. Labat will be executing the certificates of compliance when everything has been produced.

(A copy of this email will accompany the flash drive.)

Steve Sadow
404-577-1400 office
404-242-9440 cell