Placeholder

# EXHIBIT E
# HOPBS Response to CID No. 2019-041

# FILED UNDER SEAL

