Exhibit Cover

# EXHIBIT F
# Email dated March 27, 2020, from Steve Sadow to J. Thomas Clarkson



| | |
|---|---|
| **From:** | Clarkson, Thomas (USAGAS) |
| **To:** | Steve Sadow |
| **Cc:** | Dye, Douglas R. (AT) (FBI); Schwedler, Patrick (USAGAS) |
| **Subject:** | RE: CID - House of Prayer Bible Seminary - 2d Production |
| **Date:** | Friday, March 27, 2020 10:47:17 AM |

Received. Thanks.

J. Thomas Clarkson

Assistant United States Attorney

**From:** Steve Sadow <stevesadow@gmail.com>
**Sent:** Friday, March 27, 2020 10:46 AM
**To:** Clarkson, Thomas (USAGAS) <TClarkson2@usa.doj.gov>
**Cc:** Dye, Douglas R. (AT) (FBI) <drdye@fbi.gov>; Schwedler, Patrick (USAGAS) <PSchwedler@usa.doj.gov>
**Subject:** Re: CID - House of Prayer Bible Seminary - 2d Production

I am sending the 2d production today or Monday. There are 5 flash drives. 4 are marked and come with an index. 1 is unmarked and is a duplicate of the one previously produced but with additional information. Use the new one.

Please confirm receipt of this email. Thanks.

Steve Sadow
404-577-1400 office
404-242-9440 cell

> On Mar 12, 2020, at 10:25 AM, Steve Sadow <stevesadow@gmail.com> wrote:
> AUSA Clarkson
> As a threshold matter, let me be clear that I am representing the House of Prayer Bible Seminary re: the CID.
> I am sending to you by FedEx today one flash drive containing the "First Production" commanded by the CID. The source of that production is the House of Prayer Bible Seminary. The points of contact for the seminary are Marcus Labat (Veterans Liaison and School Certifying Official) and Omar Garcia (Registar). Mr. Labat will be executing the certificates of compliance when everything has been produced.
> (A copy of this email will accompany the flash drive.)
> Steve Sadow
> 404-577-1400 office
> 404-242-9440 cell