Exhibit Cover

# EXHIBIT G
# Email dated October 14, 2021, from Steve Sadow to Patrick Schwedler



| | |
|---|---|
| **From:** | Steve Sadow |
| **To:** | Schwedler, Patrick (USAGAS) |
| **Subject:** | [EXTERNAL] Re: CID - House of Prayer Bible Seminary |
| **Date:** | Thursday, October 14, 2021 5:04:30 PM |

Patrick

I believe it was the only production. I will check to see and also determine if my client has anything more to produce.

Steve Sadow
404-577-1400 office
404-242-9440 cell



> On Oct 14, 2021, at 4:58 PM, Schwedler, Patrick (USAGAS) <Patrick.Schwedler@usdoj.gov> wrote:
>
> Hi Steve:
> Hope all is well. As Tom Clarkson mentioned below before he left our office, I inherited this file from him. Apologies for not reaching out sooner to touch base. I have looked through the file and related emails and the only production I see is back from March 2020. Can you confirm that was the only production the Government received related to this CID? Assuming the answer is yes, does your client have any further responsive documents/information to produce. Let me know if you'd like to discuss.
> Thanks in advance.
> Patrick
>
> Patrick J. Schwedler
> Assistant United States Attorney
> United States Attorney's Office
> Southern District of Georgia
> 22 Barnard Street, 3rd Floor
> Savannah, Georgia 31401
> (912) 201-2515 (direct)
>
> **From:** Clarkson, Thomas (USAGAS) <TClarkson2@usa.doj.gov>
> **Sent:** Thursday, January 21, 2021 7:08 PM
> **To:** Steve Sadow <stevesadow@gmail.com>
> **Cc:** Schwedler, Patrick (USAGAS) <PSchwedler@usa.doj.gov>
> **Subject:** RE: CID - House of Prayer Bible Seminary
> Steve:
> Hope you are well. As a heads up, I will be leaving the DOJ – AUSA Schwedler will be handling this investigation moving forward. Please do not hesitate to reach out to him directly if you need anything.

Thanks,
Tom
J. Thomas Clarkson
Assistant United States Attorney

**From:** Steve Sadow <stevesadow@gmail.com>
**Sent:** Thursday, March 12, 2020 10:26 AM
**To:** Clarkson, Thomas (USAGAS) <TClarkson2@usa.doj.gov>
**Cc:** Dye, Douglas R. (AT) (FBI) <drdye@fbi.gov>; Schwedler, Patrick (USAGAS) <PSchwedler@usa.doj.gov>
**Subject:** CID - House of Prayer Bible Seminary

AUSA Clarkson

As a threshold matter, let me be clear that I am representing the House of Prayer Bible Seminary re: the CID.

I am sending to you by FedEx today one flash drive containing the "First Production" commanded by the CID. The source of that production is the House of Prayer Bible Seminary. The points of contact for the seminary are Marcus Labat (Veterans Liaison and School Certifying Official) and Omar Garcia (Registar). Mr. Labat will be executing the certificates of compliance when everything has been produced.

(A copy of this email will accompany the flash drive.)
Steve Sadow
404-577-1400 office
404-242-9440 cell