Exhibit Cover

# EXHIBIT I
# Emails exchanged on September 19, 2022, between Steve Sadow and Bradford Patrick



| | |
|---|---|
| **From:** | Steve Sadow |
| **To:** | Patrick, Bradford (USAGAS) |
| **Cc:** | Brian Rafferty |
| **Subject:** | Re: [EXTERNAL] CID - House of Prayer Bible Seminary - 2d Production |
| **Date:** | Monday, September 19, 2022 7:31:56 PM |

Brad

I understand the government's position. But most respectfully, in light of the pending criminal investigation, it will most likely require a court order for a certificate of compliance at this point.

We can still discuss though on Thursday.

Steve Sadow
404-577-1400 office
404-242-9440 cell



> On Sep 19, 2022, at 7:09 PM, Patrick, Bradford (USAGAS) <Bradford.Patrick@usdoj.gov> wrote:
>
> Thanks for that confirmation.
>
> I appreciate the context of the parallel investigations. But the existence of a criminal investigation in my view does not impair or inhibit the government's rights as they pertain to the CID, which includes a statutory obligation from the recipient to certify compliance that remains outstanding.
>
> Would you be available tomorrow or Thursday to discuss this further? Brian is of course welcome to join if you think it necessary to inform House of Prayer's position on the matter.
>
> Best,
> Brad
>
> Sent from my iPhone
>
>> On Sep 19, 2022, at 5:54 PM, Steve Sadow <stevesadow@gmail.com> wrote:
>>
>> Sorry Brad.
>>
>> As far as I can tell at this moment, no certificate of compliance was

provided.

But most respectfully, the pending criminal investigation sheds a new light on further CID compliance. Multiple search warrants have been issued and executed, and grand jury subpoenas are outstanding.

Steve Sadow
404-577-1400 office
404-242-9440 cell



> On Sep 19, 2022, at 4:54 PM, Patrick, Bradford (USAGAS) <Bradford.Patrick@usdoj.gov> wrote:
>
> Thanks, Steve. Please call me Brad.
>
> I'm happy to discuss the issue with Brian and/or you further, but regardless of who executes it, we'd like an executed certificate of compliance on behalf of House of Prayer Bible Seminary. As a first step, can you confirm that none has been provided to date?
>
> Thanks,
> Brad
>
> Bradford C. Patrick
> Assistant United States Attorney
> U.S. Attorney's Office
> P.O. Box 8970
> Savannah, GA 31412
> (912) 652-4422 (general office)
> (912) 201-2555 (direct)
> bradford.patrick@usdoj.gov
>
> ---
>
> **From:** Steve Sadow <steve8300@me.com>
> **Sent:** Monday, September 19, 2022 4:50 PM
> **To:** Patrick, Bradford (USAGAS) <BPatrick@usa.doj.gov>
> **Cc:** Brian Rafferty <brafferty@bakerlaw.com>
> **Subject:** Re: [EXTERNAL] CID - House of Prayer Bible Seminary - 2d Production
>
> Patrick
>
> Reverend Labat has been notified that he is a target of the

related criminal investigation being handled by your office. My client, Reverend Denis, is also a target. Brian Rafferty represents Rev. Labat, so you will need to discuss the certificate of compliance with him.

Steve Sadow
404-577-1400 office
404-242-9440 cell

> On Sep 19, 2022, at 4:33 PM, Patrick, Bradford (USAGAS) <Bradford.Patrick@usdoj.gov> wrote:
>
> Good afternoon, Steve:
>
> I recently took over our office's civil investigation in this case. I look forward to working together.
>
> As I reviewed the file, I was unable to locate the certificate of compliance required under CID No. 2019-041. From my review of the exchange below and in the attached email, it looks like you'd indicated Mr. Labat would be providing the certificate once House of Prayer completed its production. I believe initially there was some ambiguity on our side of things as to when House of Prayer would be finished until you confirmed nothing more was to be produced last year.
>
> If I'm correct that no certificate was completed, would you please provide one?
>
> Thank you,
> Brad
>
> Bradford C. Patrick
> Assistant United States Attorney
> U.S. Attorney's Office
> P.O. Box 8970
> Savannah, GA 31412

(912) 652-4422 (general office)
(912) 201-2555 (direct)
bradford.patrick@usdoj.gov

**From:** Steve Sadow <steve8300@me.com>
**Sent:** Thursday, October 14, 2021 7:23 PM
**To:** Schwedler, Patrick (USAGAS) <PSchwedler@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Fwd: CID - House of Prayer Bible Seminary - 2d Production

Confirmed.

Steve Sadow
404-577-1400 office
404-242-9440 cell

> On Oct 14, 2021, at 7:19 PM, Schwedler, Patrick (USAGAS) <Patrick.Schwedler@usdoj.gov> wrote:
>
> Thanks, Steve. I have the production referenced below. Can you confirm this was the last one sent?
> Patrick
>
> **From:** Steve Sadow <stevesadow@gmail.com>
> **Sent:** Thursday, October 14, 2021 5:37 PM
> **To:** Schwedler, Patrick (USAGAS) <PSchwedler@usa.doj.gov>
> **Subject:** [EXTERNAL] Fwd: CID - House of Prayer Bible Seminary - 2d Production
> Please see emails below.
>
> Steve Sadow
> 404-577-1400 office
> 404-242-9440 cell

Begin forwarded message:

**From:** "Clarkson, Thomas (USAGAS)" <Thomas.Clarkson@usdoj.gov>
**Subject: RE: CID - House of Prayer Bible Seminary - 2d Production**
**Date:** March 27, 2020 at 10:47:16 AM EDT
**To:** Steve Sadow <stevesadow@gmail.com>
**Cc:** "Dye, Douglas R. (AT) (FBI)" <drdye@fbi.gov>, "Schwedler, Patrick (USAGAS)" <Patrick.Schwedler@usdoj.gov>

Received. Thanks.

J. Thomas Clarkson
Assistant United States Attorney

**From:** Steve Sadow <stevesadow@gmail.com>
**Sent:** Friday, March 27, 2020 10:46 AM
**To:** Clarkson, Thomas (USAGAS) <TClarkson2@usa.doj.gov>
**Cc:** Dye, Douglas R. (AT) (FBI) <drdye@fbi.gov>; Schwedler, Patrick (USAGAS) <PSchwedler@usa.doj.gov>
**Subject:** Re: CID - House of Prayer Bible Seminary - 2d Production

I am sending the 2d

production today or Monday. There are 5 flash drives. 4 are marked and come with an index. 1 is unmarked and is a duplicate of the one previously produced but with additional information. Use the new one. Please confirm receipt of this email. Thanks.

Steve Sadow
404-577-1400 office
404-242-9440 cell

> On Mar 12, 2020, at 10:25 AM, Steve Sadow <stevesadow@gmail.com> wrote:
> AUSA Clarkson
> As a threshold matter, let me be clear that I am representing the House of Prayer Bible Seminary

re: the CID. I am sending to you by FedEx today one flash drive containing the "First Production" commanded by the CID. The source of that production is the House of Prayer Bible Seminary. The points of contact for the seminary are Marcus Labat (Veterans Liaison and School Certifying Official) and Omar Garcia (Registar). Mr. Labat will be

executing the certificates of compliance when everything has been produced. (A copy of this email will accompany the flash drive.)
Steve Sadow
404-577-1400 office
404-242-9440 cell