Exhibit Cover

# EXHIBIT J
# Emails exchanged between January 13, 2023, and February 15, 2023, between Steve Sadow and Bradford Patrick



| | |
|---|---|
| **From:** | Patrick, Bradford (USAGAS) |
| **To:** | Steve Sadow |
| **Subject:** | RE: [EXTERNAL] House of Prayer CID |
| **Date:** | Wednesday, February 15, 2023 4:59:00 PM |

Thank you Steve. If you do find out the identity of HoP's counsel, I'd appreciate if you'd let me know.

Best,
Brad

Bradford C. Patrick
Assistant United States Attorney
U.S. Attorney's Office
P.O. Box 8970
Savannah, GA 31412
(912) 652-4422 (general office)
(912) 201-2555 (direct)
bradford.patrick@usdoj.gov

**From:** Steve Sadow <stevesadow@gmail.com>
**Sent:** Wednesday, February 15, 2023 4:00 PM
**To:** Patrick, Bradford (USAGAS) <BPatrick@usa.doj.gov>
**Subject:** Re: [EXTERNAL] House of Prayer CID

Please be advised that I will ONLY be representing Reverend Denis in his individual capacity. I do not know at this time who will represent the Seminary re: the CID.

Steve Sadow
404-577-1400 office
404-242-9440 cell


> On Feb 1, 2023, at 4:25 PM, Patrick, Bradford (USAGAS) <Bradford.Patrick@usdoj.gov> wrote:
>
> Steve:
>
> It was served upon House of Prayer Bible Seminary by either registered or certified mail at 2540 Airport Road, Hinesville, GA 31313.
>
> Thanks,
> Brad
>
> Bradford C. Patrick

Assistant United States Attorney
U.S. Attorney's Office
P.O. Box 8970
Savannah, GA 31412
(912) 652-4422 (general office)
(912) 201-2555 (direct)
bradford.patrick@usdoj.gov

**From:** Steve Sadow <stevesadow@gmail.com>
**Sent:** Wednesday, February 1, 2023 4:21 PM
**To:** Patrick, Bradford (USAGAS) <BPatrick@usa.doj.gov>
**Subject:** Re: [EXTERNAL] House of Prayer CID

Email received. Served upon???

Steve Sadow
404-577-1400 office
404-242-9440 cell

> On Feb 1, 2023, at 3:39 PM, Patrick, Bradford (USAGAS) <Bradford.Patrick@usdoj.gov> wrote:
>
> Steve:
>
> I understand the attached CID is being served today by regular or certified mail by the agent. If you learn that House of Prayer will be represented by other counsel, I'd appreciate if you or the new counsel would let me know.
>
> Best,
> Brad
>
> Bradford C. Patrick
> Assistant United States Attorney
> U.S. Attorney's Office
> P.O. Box 8970
> Savannah, GA 31412
> (912) 652-4422 (general office)
> (912) 201-2555 (direct)
> bradford.patrick@usdoj.gov
>
> **From:** Steve Sadow <stevesadow@gmail.com>

**Sent:** Friday, January 13, 2023 5:57 PM
**To:** Patrick, Bradford (USAGAS) <BPatrick@usa.doj.gov>
**Subject:** [EXTERNAL] Re: House of Prayer CID

Brad

I am not in a position at this point to confirm that I will be Bible Seminary counsel. In light of the ongoing criminal investigation and my representation of Reverend Denis in his individual capacity, it may be prudent for the Bible Seminary to have its own, independent counsel.

Let me get back to you next week about accepting service in the interim. Thank you.

Steve Sadow
404-577-1400 office
404-242-9440 cell


> On Jan 13, 2023, at 12:46 PM, Patrick, Bradford (USAGAS) <Bradford.Patrick@usdoj.gov> wrote:
>
>
> Steve:
>
> I hope you are well. I'm reaching out because I anticipate serving a new CID on House of Prayer Bible Seminary shortly. Would you confirm you remain its counsel? If that is the case, please advise whether you will accept service of the CID through email or another means. Alternatively, please let me know if we should serve the CID on the registered agent, the Corporation Service Co. at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.
>
> Thank you,
> Brad
>
> Bradford C. Patrick
> Assistant United States Attorney
> U.S. Attorney's Office
> P.O. Box 8970
> Savannah, GA 31412
> (912) 652-4422 (general office)
> (912) 201-2555 (direct)

bradford.patrick@usdoj.gov

<Supplemental HOP CID.For Service.pdf>