UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:23-CV-91 |
| | ) | |
| HOUSE OF PRAYER BIBLE SEMINARY, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

Before the Court is the United States' motion under Local Civil Rule 79.7 to seal Exhibit E to its Motion for an Order to Show Cause and for Summary Enforcement of Civil Investigative Demands, consisting of House of Prayer Bible Seminary's (HOPBS) response to CID No. 2019-041.

The motion is **GRANTED,** and it is therefore **ORDERED** that Exhibit E to the United States' Motion for an Order to Show Cause and for Summary Enforcement of Civil Investigative Demands shall be filed under seal until further Order of this Court.

Dated: April ____, 2023

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA