# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>HOUSE OF PRAYER BIBLE SEMINARY, )<br>)<br>Respondent. ) | No. 4:23-CV-91 |

## MOTION FOR LEAVE OF ABSENCE

In accordance with Local Rule 83.9, Assistant United States Attorney Bradford C. Patrick, counsel for Petitioner, the United States of America, in the above-captioned action, respectfully requests a leave of absence from April 12, 2023, through April 25, 2023, and from May 25, 2023, through May 26, 2023.

Dated: April 10, 2023

Respectfully submitted,

JILL E. STEINBERG
United States Attorney

/s/ Bradford C. Patrick
Bradford C. Patrick
Assistant United States Attorney
Southern District of Georgia
South Carolina Bar No. 102092
P.O. Box 8970
Savannah, GA 31412
Phone: (912) 652-4422
Fax: (912) 652-4427
bradford.patrick@usdoj.gov

## **CERTIFICATE OF SERVICE**

Service of the foregoing filing has been made by depositing a copy thereof, postage prepaid, in the United States mail on April 7, 2023, addressed to the following:

House of Prayer Bible Seminary
2540 Airport Road,
Hinesville, Georgia, 31313

and

House of Prayer Bible Seminary
C/O Corporation Service Company
2 Sun Court, Suite 400,
Peachtree Corners, Georgia, 30092

/s/ Bradford C. Patrick
Bradford C. Patrick
Assistant United States Attorney