# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 4:23-CV-91 |
| HOUSE OF PRAYER BIBLE SEMINARY, | ) ) ) | |
| Respondent. | ) | |

## ORDER

Before the Court is the Motion for Leave of Absence requested by Assistant United States Attorney Bradford C. Patrick from April 12, 2023, through April 25, 2023, and from May 25, 2023, through May 26, 2023.

The motion is **GRANTED**. The Assistant United States Attorney shall be relieved from attending any hearing or trial on these dates but must make arrangements for substitute counsel in the event the case is scheduled for a hearing or trial during such leave.

Dated: _____, 2023

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA