Exhibit Cover

# EXHIBIT A
# Articles of Incorporation for HOPBS



C201326000417

SOSID 21379589
Date Filed: 9/23/2013 12:50:00 PM
Elaine F. Marshall
North Carolina Secretary of State

C2013 260 00417

## State of North Carolina
## Department of the Secretary of State

# ARTICLES OF INCORPORATION
# NONPROFIT CORPORATION

Pursuant to §55A-2-02 of the General Statutes of North Carolina, the undersigned corporation does hereby submit these Articles of Incorporation for the purpose of forming a nonprofit corporation.

1. The name of the corporation is: __House of Prayer Bible Seminary__

2. __X__ (Check only if applicable.) The corporation is a charitable or religious corporation as defined in NCGS §55A-1-40(4).

3. The street address and county of the initial registered office of the corporation is:

   Number and Street __5204 Hodge St__

   City, State, Zip Code __Fayetteville, North Carolina, 28303__   County __Cumberland__

4. The mailing address *if different from the street address* of the initial registered office is:

   __PO Box 65553, Fayetteville, NC 28306__

5. The name of the initial registered agent is:

   __Alexander G Schmidtke__

6. The name and address of each incorporator is as follows:

   __Alexander G Schmidtke, 327 Valley Rd, Fayetteville, NC 28305__

7. (Check either a or b below.)
   a. ___ The corporation will have members.
   b.  X  The corporation will not have members.

8. Attached are provisions regarding the distribution of the corporation's assets upon its dissolution.

9. Any other provisions which the corporation elects to include are attached.

10. The street address and county of the principal office of the corporation is:

    Number and Street __5204 Hodge St__

    City, State, Zip Code __Fayettville, North Carolina, 28305__   County __Cumberland__

11. The mailing address *if different from the street address* of the principal office is:

    __PO Box 65553, Fayetteville, NC 28306__

Revised January 2000

CORPORATIONS DIVISION                  P. O. BOX 29622                  RALEIGH, NC 27626-0622

Form N-01

12. These articles will be effective upon filing, unless a later time and/or date is specified: ____N/A____

This is the _16th_ day of __September_, 2013_.

_____
*Signature of Incorporator*

____Alexander G Schmidtke____
*Type or print Incorporator's name and title, if any*

NOTES:
1. Filing fee is $60. This document must be filed with the Secretary of State.

Revised January 2000                                                                                     Form N-01

CORPORATIONS DIVISION            P. O. BOX 29622                RALEIGH, NC 27626-0622

**Purpose of Corporation**

This corporation is organized for the following purpose(s) (*check as applicable*):

__X__religious,

_____charitable,

__X__educational,

_____testing for public safety,

_____scientific,

_____literary,

_____fostering national or international amateur sports competition, and/or

_____prevention of cruelty to children or animals,

including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under Sections 501(c)(3) and 170(c)(2) of the Internal Revenue Code of 1986 (herein the "Code") (or the corresponding provisions of any future United States Internal Revenue Code).

**Prohibited Activities**

No part of the net earnings of the corporation shall inure to the benefit of or be distributable to, its members, directors, officers, or other private persons except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of purposes set forth in these articles of incorporation. No substantial part of the activities of the corporation shall be the carrying on of propaganda or otherwise attempting to influence legislation, and the corporation shall not participate in or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any candidate for public office. Notwithstanding any other provisions of these articles, the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from federal income tax under Section 501(c)(3)

of the Code or (b) by a corporation, contributions to which are deductible under Section 170(c)(2) of the Code.

**Distributions Upon Dissolution**

Upon the dissolution of the corporation, the Board of Directors shall, after paying or making provision for the payment of all of the liabilities of the corporation, dispose of all of the assets of the corporation exclusively for the purposes of the corporation in such manner, or to such organization or organizations organized and operated exclusively for religious, charitable, educational, scientific or literary purposes as shall at the time qualify as an exempt organization or organizations under Section 501(c)(3) of the Code as the Board of Directors shall determine, or to federal, state, or local governments to be used exclusively for public purposes. Any such assets not so disposed of shall be disposed of by the Superior Court of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organizations, such as the court shall determine, which are organized and operated exclusively for such purposes, or to such governments for such purposes.