Exhibit Cover

# EXHIBIT C
# Letter From Nostrant





# House of Prayer Christian Churches
# Of America Inc.

2540 Airport Rd.
Hinesville, GA 31313
(912) 876-6786 Office
(912) 368-3523 Fax

To whom it may concern:

House of Prayer Christian Churches of America Inc. has taken the responsibility, both financially and administratively, of House of Prayer Bible Seminary from 2005 until present. Contained in this document is an outline of the type of provision that House of Prayer Christian Churches of America Inc. has, and will continue to give House of Prayer Bible Seminary.

Funding received from tuition and fees goes to meet the essential needs of the Seminary to execute its vision. This includes making instructional materials (books, manuals), and equipment (desks, tables, chairs, speakers, microphones, recorders, etc...), as well as the building maintenance (water, electricity, HVAC, etc.) where the Seminary classes are conducted.

The church provides our entire faculty of director, teachers and secretaries, which also conduct the various record keeping and organization of the publications, (catalogs, student handbooks, certificates, diplomas). The church provides monetary compensation for the time and labors of its faculty to include its teachers.

By working together, both the Church and the Seminary have benefited greatly. House of Prayer Bible Seminary has received the needed staff to train and maintain an outstanding seminary, and House of Prayer Christian Churches of America Inc. has received well educated and thoroughly trained men and women for service.

Sincerely,

D.R. Nostrant
*Administrative Officer*
House of Prayer Christian Churches of America Inc.

Approved Effective

OCT 02 2017

State Approving Agency

RECEIVED
FEB 28 2018
State Approving Agency