UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:23-CV-91 |
| ) | |
| HOUSE OF PRAYER BIBLE SEMINARY, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the Court is the United States' motion for default judgment. The United States served House of Prayer Bible Seminary with the summons and petition on May 3, 2023, by registered mail in accordance with 31 U.S.C. § 3733(d)(1)(C). House of Prayer Bible Seminary has failed to timely respond or otherwise defend this action. The Clerk of Court entered default against House of Prayer on May 31, 2023.

Therefore, pursuant to Fed. R. Civ. P. 55(b)(2), the Court grants the United States default judgment against House of Prayer Bible Seminary. House of Prayer Bible Seminary shall provide sworn certificates of its compliance with Civil Investigative Demand No. 2019-041 and respond to Civil Investigative Demand No. 2023-001, supported by sworn certificates of compliance, within 10 days.

Dated: Sept. 5, 2023

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA