Exhibit Cover

# EXHIBIT A
# Letter From Bradford C. Patrick





# U.S. Department of Justice

United States Attorney
Southern District of Georgia

*Post Office Box 8970*  *22 Barnard Street, #300*
*Savannah, GA 31412*  *Savannah, GA 31401*
*Tel: (912) 652-4422*  *Fax: (912) 652-4326*

September 8, 2023

**By FedEx Trk# 7733 4881 7288**
Gerard Robertson, CEO
Marcus Labat, Secretary (through counsel)
William Pilkington, CFO
House of Prayer Christian Churches of America, Inc.
2540 Airport Road
Hinesville, Georgia 31313

    Re:    *United States v. House of Prayer Bible Seminary*, No. 4:23-CV-91

Dear Sirs:

On September 5, 2023, we forwarded you a copy of the Court's order granting the United States' motion for default judgment and directing House of Prayer Bible Seminary to "provide sworn certificates of compliance with Civil Investigative Demand No. 2019-041 and respond to Civil Investigative Demand No. 2023-001, supported by sworn certificates of compliance, within 10 days."

As officers of House of Prayer Bible Seminary's parent corporation, which Mr. Labat represented to the United States Department of Veterans Affairs "ha[d] taken the responsibility, both financially and administratively, of House of Prayer Bible Seminary," each of you must ensure that your company complies with the Court's order and CID Nos. 2019-041 and 2023-001. If House of Prayer Bible Seminary fails to comply with the Court's order, the United States reserves the right to seek financial sanctions and findings of civil contempt against each of you. It is well established, as the Supreme Court stated in *Wilson v. United States*, that

> [a] command to the corporation is in effect a command to those who are officially responsible for the conduct of its affairs. If they, apprised of the writ directed to the corporation, prevent compliance or fail to take appropriate action within their power for the performance of the corporate duty, they, no less than the corporation itself, are guilty of disobedience, and must be punished for contempt.

221 U.S. 361, 376 (1911).

      We look forward to House of Prayer Bible Seminary's compliance with the Court's Order and CID Nos. 2019-041 and 2023-001 by September 15, 2023. Please let me know whether you would like to meet and confer regarding any of these issues.

                                                         Respectfully,

                                                         JILL E. STEINBERG
                                                         UNITED STATES ATTORNEY

                                                         ***s/Bradford C. Patrick***

                                                         Bradford C. Patrick
                                                          Assistant United States Attorney

Cc:    Brian T. Rafferty, Esq.
         Counsel for Marcus Labat
         Via email at [brian@raffertylaw.com](mailto:brian@raffertylaw.com))