Exhibit Cover

# EXHIBIT B
# Letter From Marcus Labat



House of Prayer Bible Seminary
1013 Massey St.
Killeen, TX 76541
(855) 55-HOPBS - Office
(254) 699-4082 -Fax



To whom it may concern:

House of Prayer Bible Seminary is requesting an exemption from regulation based on our status as a Non-Profit Religious institution, as outlines under *section 132.002(a)(2)*.

1.) As evidence that our school is non-profit, we have submitted a copy of our organizations 501 (c) (3) letter from the IRS, and

2.) A Copy of our By-Laws and Articles of incorporation along with a notarized affidavit with from our church explaining how it owns, controls, operates, and conducts the school.

3.) Outlines detailing our programs of instruction by name, objective, and cost of courses offered. All of our degrees or certificates relate only to religious studies.

4.) We do not use any advertising in any way shape or form and do not plan to do so in the future.

If there are any other questions that arise or any further information needed please do not hesitate to contact me at the number above, extension #2.

Thank you for your consideration in this matter.

Sincerely,

Marcus Labat, *Controller*
House of Prayer Bible Seminary

RECEIVED
FEB 2 8 2018
State Approving Agency

TWC CSC
DEC 0 7 2017