# EXHIBIT C
# HOPCC Purposes and By-Laws



# HOUSE OF PRAYER CHRISTIAN CHURCHES OF AMERICA, INC.

PURPOSES AND BY-LAWS.



Approved Effective

OCT 02 2017

State Approving Agency

TWC

DEC 07 2017



# HOUSE OF PRAYER CHRISTIAN CHURCHES OF AMERICA, INCORPORATED
## PURPOSES

The purposes for which said corporation is formed, and for which it shall exist are as follows:

1. To preach the Gospel and further the cause of the Kingdom of God in the United States of America and foreign lands.

2. To promote and maintain Churches and missions in the state of Louisiana, the United States of America and foreign lands, to provide fellowship and means of cooperation between churches of similar faiths and doctrines, and to promote, establish and maintain certain districts therein, which shall be self-governing in so far as same do not conflict with the objects and purposes of this corporation, subject to the jurisdiction and control of this corporation.

3. To promote freedom of worship and liberty of expression, within the limits of its own statement of faith and doctrine, among its own churches, ministers and members.

4. To ordain, license, and otherwise qualify ministers to preach the Gospel and provide credentials for the same.

5. To establish and maintain Bible and training schools, inaugurate and maintain charitable institutions, such as homes for the aged, rest homes for ministers and missionaries, orphanages, cemeteries and kindred institutions. Said institution to be governed by administrative officers of said institute with directors or trustees of same to hold responsibility and to hold properties in both institute and incorporation jointly.

6. To own, operate and maintain such printing and publishing plants as may, in the opinion of the Board of Directors, be necessary to print and publish Bibles, books, pamphlets, periodicals, and other religious literature as may be required for its own use; and to sell, give away, or otherwise dispose of same in the furtherance of the work of said corporation without pecuniary profits to any member of said corporation.

7. To buy, rent, acquire by gift or otherwise, and to own, operate, maintain and use, such real estate, personal and mixed property as shall be necessary for the maintenance, operation and carrying on of the business of the corporation; and to lease, sub-rent, sell, assign, transfer, convey and otherwise dispose of said properties upon such terms and conditions and at such times as in the opinion of the Board of Directors may be advantageous to the interests of the Corporation.

8. To borrow money for the purpose of purchasing real estate, personal and mixed property as, in the opinion of the Board of Directors, may be necessary to properly and adequately carry on the objects and purposes of the corporation business and undertakings, and to execute notes, deeds of trust, mortgages, and other evidences of indebtedness, on behalf of the corporation, for the re-payment thereof; and to satisfy and release notes, deeds of trust, mortgages, and other evidences of indebtedness, on behalf of the corporation. For clarification purposes in connection with corporational business affecting church owned properties, and respective interest in properties, both real, personal, and mixed, owned in whole or in part by the House of Prayer Christian Churches of America, Incorporated, a Louisiana Corporation, or any of its districts, shall be construed to be interests in fee simple.

Approved Effective
OCT 02 2017

State Approving Agency

9. The Corporation shall not engage in any business of a kind ordinarily carried on for profit, and nothing in the Articles of Incorporation or in the By-Laws shall authorize the corporation to, and the corporation shall not, enter into any transaction, carry on any activity, or engage in any business for pecuniary profit.

10. The Corporation is organized exclusively for charitable, educational, religious, or scientific purposes within the meaning of section 501c(3) of the Internal Revenue Code. DISSOLUTION CLAUSE: Upon the dissolution of the corporation, the Board of Trustees shall, after paying or making provisions for the repayment of all the liabilities of the corporation, dispose of all the assets of the corporation exclusively for the purposes of the corporation in such manner, or to such organization or organizations organized and operated exclusively for charitable, educational, religious, or scientific purposes as shall at the time qualify as an exempt organization or organizations under section 501c(3) of the Internal Revenue Code of 2002 (or the corresponding provision of any future United States Internal Revenue Law), as the Board of Trustees shall determine. Any such assets not so disposed of shall be disposed of by the Court of Common Pleas of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organization or organizations, as said court shall determine, which are organized and operated exclusively for such purposes.

11. The duration and number of years the corporation is to continue shall be perpetual.



RECEIVED
FEB 28 2018
State Approving Agency

Approved Effective

OCT 02 2017

State Approving Agency



Approved Effective

OCT 02 2017

State Approving Agency

RECEIVED
FEB 28 2018
State Approving Agency

ARTICLE I – DESIGNATION OF OFFICERS

(A) Executive Chairman of the Board / C.E.O.
(B) President
(C) Administrative Officer
(D) General Overseer
(E) General Overseer
(F) General Secretary
(G) Overseer of World Missions

ARTICLE II - EXECUTIVE CHAIRMAN OF THE BOARD

(A) The Executive Chairman of the Board shall be elected by the incorporator(s).

(B) The Executive Chairman of the Board shall be elected to a definite term of office designated by the incorporator(s).

(C) This term shall begin immediately upon election and expire as designated by the incorporator(s).

(D) The Executive Chairman of the Board shall be Chief Executive Officer of the organization. (Herein referred to as C.E.O.)

(E) All officers of the organization shall be appointed by the C.E.O.

(F) He shall be ex-officio member of all standing committees.

(G) He shall have supervision, direction and management over all undertakings and operations of the organization to which he shall devote the amount of time required by such and for which he shall receive a stipulated remuneration.

(H) He is required to give his final approval to all matters, operational, appointments or any new By-Laws or financial obligations or appointments or duties that are designated to officers or workers of the organization, before they can be passed or put into effect.

ARTICLE III – PRESIDENT

(H) The President shall work under the C.E.O. He shall give general supervision, direction and management over the undertakings and operations of the organization

4

to which he shall devote the amount of time required by such and for which he shall receive a stipulated remuneration.

(I) He shall perform such duties as may be required of him as President of the Corporation and shall report his activities to the C.E.O. and General Board.

(J) He shall be requested to represent our organization to other functions at which we should have a voice and to the government when necessary.

(K) He shall be on call to the districts when needed. When his services are requested in the district, they are expected to take care of his expenses involved in the trip.

(L) He shall be a member of the General Board.

Approved Effective

OCT 02 2017

State Approving Agency

## ARTICLE IV – ADMINISTRATIVE OFFICER

(A) The Administrative Officer shall work under the C.E.O. and the President. He shall give administrative supervision, direction and management over the undertakings and operations of the offices and the relative functions of the business of the organization; to which he shall devote the amount of time required by such and for which he shall receive a stipulated remuneration.

(B) He shall perform such duties as may be required of him as Administrative Officer of the organization and shall report his activities to the C.E.O. and President and to the General Board when requested.

(C) His books shall be closed out each month, and these records are to be stored. Close out is to be presented to the C.E.O. for acceptance and authorization of distribution of finances by the C.E.O.

(D) He may employ such assistance, with the approval of the C.E.O., as may be necessary to perform such duties.

(E) He shall be a member of the General Board.

RECEIVED
FEB 28 2018
State Approving Agency

## ARTICLE V – GENERAL OVERSEER

(A) The General Overseer's duties are to assist the President in the work of the organization.

(B) He is to act instead of the President when the President is not available for some function at which the President would be required.

(C) He is to devote the amount of time required to the discharge of his duties as are assigned or required of his office for which he shall receive a stipulated remuneration.

(D) He shall promote the organization as an active officer of such.

(E) He shall be a member of the General Board.

## ARTICLE VI – ASSISTANT GENERAL OVERSEER

(A) The Assistant General Overseer's duties are to assist the General Overseer in the work of the organization.

(B) He is to act instead of the General Overseer when the General Overseer is not available for some function at which the General Overseer would be required.

(C) He is to devote the amount of time required to the discharge of his duties as are assigned or required of his office for which he shall receive a stipulated remuneration.

(D) He shall promote the organization as an active officer of such.

(E) He shall be a member of the General Board.

## ARTICLE VII – GENERAL SECRETARY

(A) The General Secretary shall keep a clear record of the minutes of all meetings of the General Board and conventions, which shall be read at such meetings.

(B) He shall have custody of the Corporate Seal, and shall maintain and keep up-to-date such books and records as shall fully and truly reflect the status of the corporation business at all times, which shall be subject to inspection by such auditors as may be designated by the General Board.

(C) He shall furnish such bond, for the fruitful performance of his duties, as may be required by the General Board, the premiums for which shall be paid by the corporation.

(D) He shall maintain records of all ministers and missionaries, and shall issue the necessary credentials and carry on such correspondence as may be required by his office.

(E) He shall devote the amount of time required by such and for which he shall receive a stipulated remuneration.

Approved Effective
OCT 02 2017
State Approving Agency

RECEIVED
FEB 28 2018
State Approving Agency

Approved Effective
OCT 02 2017
State Approving Agency

RECEIVED
FEB 28 2018
State Approving Agency

(F) He shall be a member of the General Board.

ARTICLE VIII – OVERSEER OF WORLD MISSIONS

(A) The Overseer of World Missions shall have general supervision, direction and operation of the Missionary Department within the United States and in all foreign countries, subject to the C.E.O., President and the General Board.

(B) He shall devote his time to the work of his office for the purpose of promoting greater interest in, and the support of World Missions. He shall receive a stipulated remuneration from the Missionary funds.

(C) He may employ such assistance, with the approval of the C.E.O., as may be necessary to perform such duties and requirements of his office.

(D) He shall be a member of the General Board.

ARTICLE IX – DISTRICT OVERSEER

(A) The District Overseer shall have general supervision over his district. He shall sit as a member of the General Board and shall represent his district at General Conventions. He shall receive remuneration from his district as set forth in financial policy of the organization.

ARTICLE X – BOUNDARIES OF THE DISTRICTS ARE TO BE SET BY THE GENERAL BOARD

(A) In order to become a district there must be at least five churches or affiliate churches within the area of fellowship.

(B) All ministers living or having residence within the boundaries of an established district shall be members of that district. Where there is no established district, ministers shall work under the national office until such time as there is a district formed that will take in his area, at which time he will immediately become a member of that district.

(C) No district shall be divided until such a time as is necessary for the welfare of that district. This is to be done by the General Board after proper investigation to assure that this will be advisable for the welfare of the churches as a whole.

(D) All Churches shall be pastored by a person holding credentials with the organization and must abide by the by-laws of the organization.

7

ARTICLE XI – All General and Executive Board members are to pay all of their tithe into the General Tithes Fund.

ARTICLE XII – All ministers shall pay their tithe according to financial policy of the organization. Tithe to be governed by financial policy is to be explained when licenses are issued. All ministers must keep an up-to-date tithing record.

ARTICLE XIII – Financial policy is to be set by the Executive Committee and is to govern all districts and the General Offices.

ARTICLE XIV – AUTOMOBILE OWNERSHIP

(A) The House of Prayer Christian Churches of America may furnish an automobile to any General Official, at the discretion of said official, approved by the General Board.

RECEIVED
FEB 28 2018
State Approving Agency

(B) The House of Prayer Christian Churches of America may grant said official full and exclusive use of the automobile; however, it is understood and agreed that sole ownership of the automobile shall vest in the organization, which shall maintain full jurisdiction over said automobile and its use.

(C) Payments on the car and insurance coverage will be withheld from the expense account of the individual each month or arranged by the General Board.

(D) Credit cards for gasoline, in the name of the Organization, may be given to any authorized personnel. All mileage, along with invoices, on official business, will be reported to the secretary of the department for which the business was handled.

(E) Any repairs and other costs, such as tires, batteries, etc., shall be borne by the individual using the auto.

(F) In all insurance matters, a rider shall be attached to insurance policies fully indemnifying the organization against any loss, in order to prevent suits against the organization.

ARTICLE XV – GENERAL BOARD

(A) The General Board shall meet at a designated place and time, twice a year. Each meeting is to be set at the one prior. All members are to be notified of the time and place and no further notice of such meetings shall be given.

Approved Effective
OCT 02 2017
State Approving Agency

(B) A majority vote should be required to pass any motion, resolution, or other matter before the Board.

ARTICLE XVI – GENERAL CONVENTIONS

(A) The General Board shall be authorized to decide the location and dates for General Convention.

(B) The schedule of services and activities are to be determined by the General Board.

ARTICLE XVII – MINISTERIAL RELATIONS

(A) Our ministers shall cultivate mutual fellowship and work in harmony. Our pastors or evangelists shall not lend themselves to any disgruntled element in any of our churches for the purpose of deposing the present pastor, or causing dissension or strife. Those doing such things are liable to drastic discipline.

RECEIVED FEB 28 2018 State Approving Agency

(B) Ministers and workers are advised not to interfere with others who may have charge of a church or mission, whether it be by contacting the members without consent of the one in charge, or by corresponding with the members of the church, so as to affect the influence of the leaders. All inquiries or correspondence which concerns the church, such as visiting the field, conducting meetings, etc; should be addressed to the pastor, or where there is no pastor, the correspondence should be addressed to the Assistant General Overseer.

(C) No pastor or minister is to borrow money from any member or attendee of their church or the church to which they are assigned without it first being cleared through the General or Executive Board of House of Prayer Christian Churches of America, Inc.

(D) The renewal of Fellowship Certificates shall be made through the General Office.

(E) We shall not be confined in our fellowship and cooperation with those that are affiliated with us, and we shall not discriminate against any other member of the body of Christ.

Approved Effective JUL 02 2017 State Approving Agency

(F) Any minister, or his companion, holding credentials with the House of Prayer Christian Churches of America, Inc. cannot hold credentials, nor hold an office, in any other church organization or religious fellowship that issues credentials to preach the Gospel.

(G) THE PLACE OF WOMEN IN THE CHURCH – The gifts and callings of God are without repentance, and the Holy Spirit divideth upon each, as He will. "In the last days our sons and daughters shall prophesy" (Joel 2:28-29; Acts 2:17-18). When called of God and anointed by the Spirit, our women may freely serve as helpers, but

in order to fulfill the admonition of the Apostle Paul in I Timothy 2:12, all executive positions in the districts and the national movement shall be occupied by men.

(H) Whereas, the Bible teaches that we should not be unequally yoked together with unbelievers, and, whereas a Christian's effectiveness in witnessing would be drastically impaired, in not entirely destroyed, by maintaining membership in a lodge, secret order or secret society; no minister, on any level of the House of Prayer Christian Churches of America shall be permitted to carry credentials with this organization and belong at the same time to a lodge, secret order or society.

1. This shall not refer to trade unions, where membership is necessary for employment.
2. Each district's constitution and by-laws shall carry this provision.
3. Should any of our ministers currently hold membership in a lodge, secret order or secret society, he shall cancel said membership or forfeit his membership and credentials in this association.

## ARTICLE XVIII – DISCIPLINE

RECEIVED
FEB 28 2018
State Approving Agency

(A) All ministers are amenable to the General Board in all matters of conduct and doctrine.

(B) Anyone carrying credentials with House of Prayer Christian Churches of America, Inc., who commits the act of adultery and/or fornication will have their credentials revoked. Reinstatement of ministers to depend upon the situation involved and subject to a probationary period and that at the determination of the General Board.

(C) In actions, other than those taken directly by the General Board, to whom each minister must remain amenable, the following procedure shall be strictly adhered to: All charges against a minister shall be made in writing, in triplicate, and signed by two or more accusers. The original and one copy thereof shall be filed with the General Overseer, who shall send one copy to the accused minister, and one copy shall be retained by the accusers; and the General Overseer shall designate a suitable time and place for a hearing of the charges, and shall give all interested parties ten (10) days or more written notice thereof. Said notice is to be mailed to the last known address of the accused.

(D) A Court of Inquiry shall hear and pass upon all such charges, so made. The Board of Inquiry shall consist of the Appointed Overseer, and such other District and/or General Officers as may desire to be present, whose decision shall be final; except in cases involving ordained ministers and/or chartered churches, which may be appealed to the General Executive Board, whose decision shall be final in those cases; and the accused shall be considered innocent until proven guilty to the satisfaction of a majority vote. However, in the event of an appeal to the General Board from the decision of the Court of Inquiry, the ordained minister, who has been found guilty by

State Approving Agenc

10

the Court of Inquiry, shall be suspended, or otherwise dealt with according to the decision of the Court of Inquiry, pending the outcome of the appeal, and said ordained minister shall not be accorded the privileges in either a District or a General Convention.

(E) No testimony or evidence shall be admissible at such hearings, except that which directly bears the charges made in writing, as aforesaid; which rule shall be enforced by the chairman of the meeting.

(F) If the accused confesses and truly repents, and shows a contrite heart, he should be given reasonable consideration and leniency; and, if possible, full restoration, after a suitable and proper probationary period of time. We should not unjustly persecute anyone.

(G) If the charges are against an Overseer, the procedure shall be the same, except the President, General Overseer or the C.E.O. shall act as Chairman. The accused shall have the right of appeal to the complete General Board.

(H) If the charges are sustained and considered of sufficient import, the accused's name may be ordered removed from the ministerial list, or otherwise dropped, and his connection with the organization fully and finally severed.

(I) If the charges are not sustained, the accusers shall be deemed guilty of malicious slander, troublemaking, and causing division, and may be disciplined, even to the extent of removal of their names from the ministerial list, if considered of sufficient import.



(J) We desire to maintain the unity of the Spirit in the bond of peace, therefore, no minister under charges, or having been dismissed from the House of Prayer Christian Churches of America, Incorporated, shall be granted the privilege of having his or her articles published in any of the publications of the organization, until exonerated or reinstated.

(K) When a minister moves from one district to another, he shall be required to present to the district entered a clearance, of good standing and conduct from his former district office. Any minister who has withdrawn or been dropped from fellowship shall be required to give a letter stating his standing while in the movement.

(L) A roster containing the names of all ministers of the organization shall be kept by the General Secretary.

Approved Effective

OCT 02 2017

State Approving Agency

(M) Whereas the Scriptures enjoin us against delinquent indebtedness, and whereas all delinquent debts are a disgrace to anybody, a reproach to the ministry, causing undue hardship to those who follow, any minister of the House of Prayer Christian Churches of America who has unpaid debts for a period of as much as ninety days without making satisfactory arrangements with his or her creditors shall be brought

11

before the General Board for appropriate action and admonition. If reasonable and satisfactory arrangements are not made within a period of sixty days following, his or her credentials shall be revoked by the General Office. Any credential-carrying minister of the House of Prayer Christian Churches of America who leaves his or her place of ministry without satisfactory arrangements concerning all outstanding debts shall expect to have such credentials similarly revoked.

## ARTICLE XIX – LOCAL CHURCHES

(A) For clarification purposes in connection with organizational business affecting church owned properties, the respective interests in properties, both real, personal, mixed, owned in whole or in part by the House of Prayer Christian Churches of America, Incorporated, a Louisiana Corporation, or any of its districts, shall be construed to be interests in fee simple.

(B) So as to protect the churches and their local congregations, all property shall be held in the name of the Organization.

(C) Local church pastors are to be appointed by the General Board or C.E.O.

(D) Pastors and workers are to be reviewed every two years.

ARTICLE XX – Amendments to By-Laws are to correspond with the Incorporation Articles. They may be amended and added to by the General Board.

## ARTICLE XXI – REQUIREMENTS OF EXECUTIVE OFFICERS

(A) All General Board members must be at least thirty-five years old.

(B) They must have been in the ministry at least ten years.

RECEIVED
FEB 28 2018
State Approving Agency

Approved Effective
OCT 02 2017
State Approving Agency