Exhibit Cover

# EXHIBIT D
# Degree



# House of Prayer Christian Churches of America Inc.

## House of Prayer Bible Seminary

The Trustees of
On recommendation of the faculty of the
Have Confessed upon

### Marcus A. Labat

In recognition of fulfillment of the requirements, the degree of

### Bachelor Degree of Advanced Biblical Studies

With all the rights, privileges, and honors therein pertaining

In Hinesville, Georgia

Given on the 7th of June 2010

Approved OCT 02 2017
Approved Effective

_Rev Gerard C. Robertson_
SIGNATURE
Bible Seminary Director
OFFICIAL

State Approving Agency
_Rev Arlen F. Bradden_
SIGNATURE
Chairman of the Board
OFFICIAL

RECEIVED
JAN 02 2018
State Approving Agency