Exhibit Cover

# EXHIBIT E
# Application for Religious Exemption



# Nonpublic Postsecondary Education Commission
## Application for a Religious Exemption of a Nonpublic Postsecondary Institution

RECEIVED DEC 29 2011 NPEC

Date: Month 12 / Day 27 / Year 2011

| | |
|---|---|
| 1. Name of Institution<br>House of Prayer Bible Seminary | 2. Telephone Number (Area Code/Number/Extension)<br>912-876-6786 |
| 3. Complete Mailing Address<br>2540 Airport Road<br>Hinesville, GA 31313 | 4. President or Director<br>Gerard C. Robertson |
| | 5. Accreditations (Attach documentation.)<br>N/A |

### 6. Checklist of Forms and Exhibits

- [x] Exhibit A Nonprofit Charter**
- [x] Exhibit B 501(c)(3) Status letter**
- [x] Exhibit C Documentation of local church administrative and financial support**
- [x] Exhibit D Certificate or diploma**
- [x] Exhibit E "Program of Instruction Outline" forms* (number enclosed: 3)
- [x] Exhibit F Catalogs, informational and advertising materials**
- [x] Application processing fee of $500 (initial application only - $100 each subsequent year)

\* Use enclosed form. On the back of this page, submit a numbered list of program of instruction titles described on Exhibit E forms. Use additional plain sheets of paper if needed.

\** School must provide documents for exhibit. One document may serve more than one exhibit.

### 7. Certification

*I certify that all of the information and data in this application and all attachments are true, complete and correct to the best of my knowledge and belief. I further certify that the institution accepts no federal or state funds, and that it accepts no student who has a federal or state education loan. I also certify that all facilities used or sponsored by the institution comply with all local, municipal, county, state, and federal regulations.*

Signature of President or Authorized Official: Gerard C. Robertson

Title: Director of Bible Seminary

### 8. Notarization

Sworn and subscribed before me this 27th day of December 20 11

Notary Public: Dennis R. Nostrant

My Commission Expires: 8/26/13 (Seal)

[Notary Seal: Dennis R. Nostrant, Notary Public, Liberty County, GA, Comm. Exp. 8/26/13]

NPEC Form 0184A, Revised August 2003