Exhibit Cover

# EXHIBIT F
# Designation of Certifying Official(s)



OMB Approved No. 2900-0262
Respondent Burden: 10 Minutes

**Department of Veterans Affairs**

# DESIGNATION OF CERTIFYING OFFICIAL(S)

## GENERAL INSTRUCTIONS

1. This form MUST ONLY be completed by a responsible official with the authority to designate certifying officials for the school or training establishment.
2. This form must be completed whenever there is a change in any of the information. Include the names, titles, and signatures of all certifying officials, not just the changed information.

## SPECIFIC INSTRUCTIONS

1. Item 1: Enter the complete name and address of the school or training establishment.
2. Item 2: Enter the certifying official's telephone number.
3. Item 3: Enter the certifying official's fax number.
4. Item 4: Enter the certifying official's e-mail address. As an alternative, you may enter the e-mail address for the office where the certifying official works.
5. Item 5A: Enter the complete name and title for each designated certifying official. Have each person sign the form on the same line as his or her name and title. If any of the certifying officials have limited jurisdiction, note such limitations in Item 6, "Remarks". Use space below if needed.
6. Item 5B: If facsimile (e.g., rubber stamp) signatures will be used for any certifying officials, enter a sample in the appropriate block. In addition, have the individual initial next to the sample.
7. Item 5C: If veterans and other eligible persons will be claiming individualized tutorial assistance, complete these blocks.
8. Items 7 and 8: Sign and date the form. The person signing the form must be a person of significant authority, i.e., registrar, academic dean, or higher.

**PURPOSE:** This form is used to provide the names and signatures of those individuals who are authorized to certify enrollment information to the Department of Veterans Affairs.

**1. NAME AND ADDRESS OF SCHOOL OR TRAINING ESTABLISHMENT** *(Include ZIP Code)*

House of Prayer Bible Seminary
5204 HODGE Street
FAYETTEVILLE, NC 28303

FOR VA USE ONLY

**2. TELEPHONE NUMBER(S) OF CERTIFYING OFFICIAL(S)** *(Include Area Code)*
1-855-554-6727

**3. FAX NUMBER OF CERTIFYING OFFICIAL(S)** *(Include Area Code)*
910-860-1950

**4. E-MAIL ADDRESS OF CERTIFYING OFFICIAL(S)**

EDUOFFICIAL2013@LIVE.COM- OMAR A. GARCIA     EDUOFFICIAL2013TRETZLAFF@OUTLOOK.COM- Todd Retzlaff
EDUOFFICIAL2013MLABAT@OUTLOOK.COM- MARCUS A. LABAT

**5. THE FOLLOWING ARE DESIGNATED AS CERTIFYING OFFICIALS OF THIS SCHOOL OR TRAINING ESTABLISHMENT**

A. OFFICIALS DESIGNATED TO SIGN VA ENROLLMENT CERTIFICATIONS, CERTIFICATIONS OF CHANGE IN STUDENT STATUS, CERTIFICATIONS OF DELIVERY OF ADVANCE PAYMENTS, CERTIFICATIONS OF PURSUIT, ATTENDANCE, FLIGHT TRAINING, ON-THE-JOB OR APPRENTICESHIP TRAINING (AS APPLICABLE). OTHER CERTIFICATIONS OF ENROLLMENT ARE:

| NO. | NAME | TITLE | SIGNATURE |
|---|---|---|---|
| (1) | Omar A. Garcia | Registrar | *(signed)* |
| (2) | Marcus A. Labat | Controller | *(signed)* |
| (3) | Todd Retzlaff | Assistant Registrar | *(signed)* |
| (4) | | | |

B. THE USE OF THE FOLLOWING FACSIMILE (e.g., rubber stamp) SIGNATURES FOR THE OFFICIALS LISTED IN ITEM 5A ABOVE ARE AUTHORIZED.

| (1) | (2) |
|---|---|
| | |

| (3) | (4) |
|---|---|
| | |

VA FORM NOV 2003 **22-8794**     SUPERSEDES VA FORM 22-8794, JAN 2002, WHICH WILL NOT BE USED.     *(See Reverse)*

### 5. THE FOLLOWING ARE DESIGNATED AS CERTIFYING OFFICIALS OF THIS SCHOOL OR TRAINING ESTABLISHMENT *(Continued)*

C. FOR POSTSECONDARY EDUCATIONAL INSTITUTIONS ONLY - OFFICIALS DESIGNATED TO SIGN THE SCHOOL PORTION OF VA FORM 22-1990T, APPLICATION AND ENROLLMENT CERTIFICATION FOR INDIVIDUALIZED TUTORIAL ASSISTANCE, ARE:

| NO. | NAME | TITLE | SIGNATURE |
|---|---|---|---|
| (1) | | | |
| (2) | | | |
| (3) | | | |

**6. REMARKS**

It is acknowledged that each of the individuals designated as certifying officials must successfully complete online training for new certifying officials prior to being granted access to VA's certification system. It is hereby certified that the Department of Veterans Affairs will be notified of any changes in the designations shown on this form as they occur.

| 7. SIGNATURE AND TITLE OF DESIGNATING OFFICIAL | 8. DATE |
|---|---|
| [signature] Registrar | 1/11/17 |

PENALTY - The law provides that whoever makes any statement of a material fact knowing it to be false shall be punished by fine or imprisonment or both.

PRIVACY ACT NOTICE: VA will not disclose information collected on this form to any source other than what has been authorized under the Privacy Act of 1974 or Title 38, Code of Federal Regulations 1.576 for routine uses as identified in the VA system of records, 58VA21/22/28, Compensation, Pension, Education, Vocational Rehabilitation and Employment Records - VA, and published in the Federal Register. An example of a routine use (e.g., VA sends educational forms or letters with a veteran's identifying information to the veteran's school or training establishment to (1) assist the veteran in the completion of claims forms or (2) for VA to obtain further information as may be necessary from the school for VA to properly process the veteran's education claim or to monitor his or her progress during training). Your obligation to respond is required to obtain or retain education benefits. VA cannot recognize you as the proper certifying official unless the information is furnished as required by existing law (38 U.S.C. 3680(g)). The responses you submit are considered confidential (38 U.S.C. 5701). Any information provided by applicants, recipients, and others is subject to verification through computer matching programs with other agencies.

RESPONDENT BURDEN: We need this information to identify you as the certifying official for your school or job training establishment when reporting pursuit of training for veterans and other eligible persons (38 U.S.C. 3684). Title 38, United States Code, allows us to ask for this information. We estimate that you will need an average of 10 minutes to review the instructions, find the information, and complete this form. VA cannot conduct or sponsor a collection of information unless a valid OMB control number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB control numbers can be located on the OMB Internet Page at www.reginfo.gov/public/do/PRAMain. If desired, you can call 1-888-GI-BILL-1 (1-888-442-4551) to get information on where to send comments or suggestions about this form.

VA FORM 22-8794, MAY 2011

OMB Approved No. 2900-0262
Respondent Burden: 10 Minutes
Expiration Date: 05/31/2021

# Department of Veterans Affairs — DESIGNATION OF CERTIFYING OFFICIAL(S)

## GENERAL INSTRUCTIONS

1. This form MUST ONLY be completed by a responsible official with the authority to designate certifying officials for the school or training establishment.
2. This form must be completed whenever there is a change in any of the information. Include the names, titles, and signatures of all certifying officials, not just the changed information.

## SPECIFIC INSTRUCTIONS

**Item 1:** Enter the complete name and address of the school or training establishment.

**Item 2A:** Enter the complete name and title for each designated certifying official. Have each person sign the form on the same line as his or her name and title. Provide individual's direct telephone number, fax number and email address.

**Item 2B:** Enter the name of Read-Only School Officials with limited jurisdiction. Use Item 3 (Remarks) if additional space is needed.

**Item 3:** Remarks

**Items 4 and 5:** Sign and date the form. The person signing the form must be a person of significant authority, i.e., registrar, academic dean, or higher.

**Item 6:** Print name

**Item 7 and 8:** Provide email address and direct telephone number.

**PURPOSE:** This form is used to provide the names and signatures of those individuals who are authorized to certify enrollment information to the Department of Veterans Affairs.

**1. NAME AND ADDRESS OF SCHOOL OR TRAINING ESTABLISHMENT** (Include ZIP Code)

House of Prayer Bible Seminary
2540 AIRPORT ROAD
HINESVILLE, GA 31313

**Facility Code-Completed by VA Only**

**2. THE FOLLOWING ARE DESIGNATED AS CERTIFYING OFFICIALS OF THIS SCHOOL OR TRAINING ESTABLISHMENT**

**A.** OFFICIALS DESIGNATED TO SIGN VA ENROLLMENT CERTIFICATIONS, CERTIFICATIONS OF CHANGE IN STUDENT STATUS, CERTIFICATIONS OF DELIVERY OF ADVANCE PAYMENTS, CERTIFICATIONS OF PURSUIT, ATTENDANCE, FLIGHT TRAINING, ON-THE-JOB OR APPRENTICESHIP TRAINING (AS APPLICABLE), SCHOOL PORTION OF VA FORM 22-1990T AND OTHER CERTIFICATIONS OF ENROLLMENT ARE:

| | NAME | TITLE | SIGNATURE (Sign in ink) |
|---|---|---|---|
| (1) | Marcus A. Labat | Controller | [signature] |
| | TELEPHONE NUMBER (Include Area Code) | FAX NUMBER (Include Area Code) | EMAIL |
| | 855-5546727- Ext. 2 | 912-877-0311 | Eduofficial2013MLabat@outlook.com |
| | NAME | TITLE | SIGNATURE (Sign in ink) |
| (2) | Omar A. Garcia | Registrar | [signature] |
| | TELEPHONE NUMBER (Include Area Code) | FAX NUMBER (Include Area Code) | EMAIL |
| | 855-554-6727 - Ext. 1 | 912-877-0311 | Eduofficial2013@live.com |
| | NAME | TITLE | SIGNATURE (Sign in ink) |
| (3) | Cesar J. Vargas | Assistant Registrar | [signature] |
| | TELEPHONE NUMBER (Include Area Code) | FAX NUMBER (Include Area Code) | EMAIL |
| | 855-554-6727 - Ext. 3 | 912-877-0311 | Eduofficial2013CVargas@outlook.com |
| | NAME | TITLE | SIGNATURE (Sign in ink) |
| (4) | | | |
| | TELEPHONE NUMBER (Include Area Code) | FAX NUMBER (Include Area Code) | EMAIL |

VA FORM MAY 2018 **22-8794**    SUPERSEDES VA FORM 22-8794, SEP 2014, WHICH WILL NOT BE USED.

**B. FOR READ-ONLY SCHOOL OFFICIALS WITH LIMITED AUTHORITY** - LIMITED AUTHORITY IS DEFINED AS HAVING THE PERMISSION TO PREPARE ENROLLMENT INFORMATION, REQUEST INFORMATION, SUBMIT INQUIRES, ETC. IT INCLUDES ALL PERMISSIONS EXCEPT SIGNING AND SUBMITTING CERTIFICATIONS OR OTHERWISE PROVIDING ENROLLMENT DATA TO THE VA. THIS SECTION DOES NOT NEED TO BE COMPLETED FOR VA WORK-STUDY STUDENTS. ENTER SCHOOL OFFICIALS ONLY.

| NO. | NAME | NO. | NAME |
|---|---|---|---|
| (1) | | (6) | |
| (2) | | (7) | |
| (3) | | (8) | |
| (4) | | (9) | |
| (5) | | (10) | |

**3. REMARKS**

It is acknowledged that each of the individuals designated as certifying officials must successfully complete online training for new certifying officials prior to being granted access to VA's certification system. Individuals requesting "Read Only" access are not required to complete this training. Indicate in the remarks section (#4) above if a certifying official is in receipt of VA education benefits. **It is hereby certified that** the Department of Veterans Affairs will be notified of any changes in the designations shown on this form, to include changes in contact information, as they occur.

| 4. SIGNATURE AND TITLE OF DESIGNATING OFFICIAL *(Sign in ink)* | 5. DATE | 6. PRINT NAME |
|---|---|---|
| [signature] Registrar | 02/13/2019 | Omar A. Garcia |

| 7. EMAIL ADDRESS | 8. PHONE NUMBER |
|---|---|
| EduOfficial2013@live.com | 855-554-6727 Ext. 1 |

**PENALTY** - The law provides that whoever makes any statement of a material fact knowing it to be false shall be punished by fine or imprisonment or both.

**PRIVACY ACT NOTICE:** VA will not disclose information collected on this form to any source other than what has been authorized under the Privacy Act of 1974 or Title 38, Code of Federal Regulations 1.576 for routine uses as identified in the VA system of records, 58VA21/22/28, Compensation, Pension, Education, Vocational Rehabilitation and Employment Records - VA, published in the Federal Register. An example of a routine use (e.g., VA sends educational forms or letters with a veteran's identifying information to the veteran's school or training establishment to (1) assist the veteran in the completion of claims forms or (2) for VA to obtain further information as may be necessary from the school for VA to properly process the veteran's education claim or to monitor his or her progress during training). Your obligation to respond is required to obtain or retain education benefits. VA cannot recognize you as the proper certifying official unless the information is furnished as required by existing law (38 U.S.C. 3680(g)). The responses you submit are considered confidential (38 U.S.C. 5701). Any information provided by applicants, recipients, and others is subject to verification through computer matching programs with other agencies.

**RESPONDENT BURDEN:** We need this information to identify you as the certifying official for your school or job training establishment when reporting pursuit of training for veterans and other eligible persons (38 U.S.C. 3684). Title 38, United States Code, allows us to ask for this information. We estimate that you will need an average of 10 minutes to review the instructions, find the information, and complete this form. VA cannot conduct or sponsor a collection of information unless a valid OMB control number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB control numbers can be located on the OMB Internet Page at www.reginfo.gov/public/do/PRAMain. If desired, you can call 1-888-GI-BILL-1 (1-888-442-4551) to get information on where to send comments or suggestions about this form.

VA FORM 22-8794, MAY 2018



# Department of Veterans Affairs

## DESIGNATION OF CERTIFYING OFFICIAL(S)

### GENERAL INSTRUCTIONS

1. This form MUST ONLY be completed by a responsible official with the authority to designate certifying officials for the school or training establishment.
2. This form must be completed whenever there is a change in any of the information. Include the names, titles, and signatures of all certifying officials, not just the changed information.

### SPECIFIC INSTRUCTIONS

1. Item 1: Enter the complete name and address of the school or training establishment.
2. Item 2: Enter the certifying official's telephone number.
3. Item 3: Enter the certifying official's fax number.
4. Item 4: Enter the certifying official's e-mail address. As an alternative, you may enter the e-mail address for the office where the certifying official works.
5. Item 5A: Enter the complete name and title for each designated certifying official. Have each person sign the form on the same line as his or her name and title. If any of the certifying officials have limited jurisdiction, note such limitations in Item 6, "Remarks". Use space below if needed.
6. Item 5B: If facsimile (e.g., rubber stamp) signatures will be used for any certifying officials, enter a sample in the appropriate block. In addition, have the individual initial next to the sample.
7. Item 5C: If veterans and other eligible persons will be claiming individualized tutorial assistance, complete these blocks.
8. Items 7 and 8: Sign and date the form. The person signing the form must be a person of significant authority, i.e., registrar, academic dean, or higher.

**PURPOSE:** This form is used to provide the names and signatures of those individuals who are authorized to certify enrollment information to the Department of Veterans Affairs.

**1. NAME AND ADDRESS OF SCHOOL OR TRAINING ESTABLISHMENT** *(Include ZIP Code)*

House of Prayer Bible Seminary
1013 Massey St. Killeen TX 76541

**FOR VA USE ONLY**

**2. TELEPHONE NUMBER(S) OF CERTIFYING OFFICIAL(S)** *(Include Area Code)*

1-855-554-6727 EXT. 1

**3. FAX NUMBER OF CERTIFYING OFFICIAL(S)** *(Include Area Code)*

254-699-4082

**4. E-MAIL ADDRESS OF CERTIFYING OFFICIAL(S)**

EDUOFFICIAL2013OMUNIZ@OUTLOOK.COM (Obed Muniz)
EDUOFFICIAL2013EMILLER@OUTLOOK.COM (Mario Brown)
EDUOFFICIAL2013@LIVE.COM (Omar Garcia)
EDUOFFICIAL2013MLABAT@OUTLOOK.COM (Marcus Labat)

**5. THE FOLLOWING ARE DESIGNATED AS CERTIFYING OFFICIALS OF THIS SCHOOL OR TRAINING ESTABLISHMENT**

A. OFFICIALS DESIGNATED TO SIGN VA ENROLLMENT CERTIFICATIONS, CERTIFICATIONS OF CHANGE IN STUDENT STATUS, CERTIFICATIONS OF DELIVERY OF ADVANCE PAYMENTS, CERTIFICATIONS OF PURSUIT, ATTENDANCE, FLIGHT TRAINING, ON-THE-JOB OR APPRENTICESHIP TRAINING (AS APPLICABLE), OTHER CERTIFICATIONS OF ENROLLMENT ARE:

| NO. | NAME | TITLE | SIGNATURE |
|---|---|---|---|
| (1) | Obed Muniz | Assistant Registrar | *[signed]* |
| (2) | Marcus A. Labat | Controller | *[signed]* |
| (3) | Omar A. Garcia | Registrar | *[signed]* |
| (4) | Erique Miller | Service Coordinator | *[signed]* |

B. THE USE OF THE FOLLOWING FACSIMILE (e.g., rubber stamp) SIGNATURES FOR THE OFFICIALS LISTED IN ITEM 5A ABOVE ARE AUTHORIZED.

| (1) | (2) |
|---|---|
| (3) | (4) |

SAA NON-ACCREDITED (Rev 7/2017)

| 5. THE FOLLOWING ARE DESIGNATED AS CERTIFYING OFFICIALS OF THIS SCHOOL OR TRAINING ESTABLISHMENT *(Continued)* |||| 
|---|---|---|---|
| C. FOR POSTSECONDARY EDUCATIONAL INSTITUTIONS ONLY - OFFICIALS DESIGNATED TO SIGN THE SCHOOL PORTION OF VA FORM 22-1990T, APPLICATION AND ENROLLMENT CERTIFICATION FOR INDIVIDUALIZED TUTORIAL ASSISTANCE, ARE: ||||
| NO. | NAME | TITLE | SIGNATURE |
| (1) | | | |
| (2) | | | |
| (3) | | | |

**6. REMARKS**

It is acknowledged that each of the individuals designated as certifying officials must successfully complete online training for new certifying officials prior to being granted access to VA's certification system. It is hereby certified that the Department of Veterans Affairs will be notified of any changes in the designations shown on this form as they occur.

| 7. SIGNATURE AND TITLE OF DESIGNATING OFFICIAL | 9. DATE |
|---|---|
| *[signature: Gerard C. Robertson]*  Director | 12/1/2017 |

**PENALTY** - The law provides that whoever makes any statement of a material fact knowing it to be false shall be punished by fine or imprisonment or both.

continued
**PRIVACY ACT NOTICE:** VA will not disclose information collected on this form to any source other than what has been authorized under the Privacy Act of 1974 or Title 38, Code of Federal Regulations 1.576 for routine uses as identified in the VA system of records, 58VA21/22/28, Compensation, Pension, Education, Vocational Rehabilitation and Employment Records - VA, and published in the Federal Register. An example of a routine use (e.g., VA sends educational forms or letters with a veteran's identifying information to the veteran's school or training establishment to (1) assist the veteran in the completion of claims forms or (2) for VA to obtain further information as may be necessary from the school for VA to properly process the veteran's education claim or to monitor his or her progress during training). Your obligation to respond is required to obtain or retain education benefits. VA cannot recognize you as the proper certifying official unless the information is furnished as required by existing law (38 U.S.C. 3680(g)). The responses you submit are considered confidential (38 U.S.C. 5701). Any information provided by applicants, recipients, and others is subject to verification through computer matching programs with other agencies.

**RESPONDENT BURDEN:** We need this information to identify you as the certifying official for your school or job training establishment when reporting pursuit of training for veterans and other eligible persons (38 U.S.C. 3684). Title 38, United States Code, allows us to ask for this information. We estimate that you will need an average of 10 minutes to review the instructions, find the information, and complete this form. VA cannot conduct or sponsor a collection of information unless a valid OMB control number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB control numbers can be located on the OMB Internet Page at www.reginfo.gov/public/do/PRAMain. If desired, you can call 1-888-GI-BILL-1 (1-888-442-4551) to get information on where to send comments or suggestions about this form.

VA FORM **22-8794**  
MAY 2011  
EXISTING STOCKS OF VA FORM 22-8794, JAN 2007, WILL NOT BE USED

SAA NON-ACCREDITED (Rev 7/2017)

OMB Approved No. 2900-0262
Respondent Burden: 10 Minutes

| **Department of Veterans Affairs** | **IDENTIFICATION of VETERAN AND MILITARY PROGRAM MANAGER(S) AND DESIGNATION OF CERTIFYING OFFICIAL(S)** |

## GENERAL INSTRUCTIONS

1. This form MUST ONLY be completed by a responsible official with the authority to designate certifying officials for the school or training establishment.
2. This form must be completed whenever there is a change in any of the information. Include the names, titles, and signatures of all certifying officials, not just the changed information.

## SPECIFIC INSTRUCTIONS

1. Item 1: Enter the complete name and address of the school or training establishment.
2. Item 2: Enter the Veteran and Military Program Manager telephone number.
3. Item 3: Enter the e-mail for the Veteran and Military Program Manager.
4. Item 4A: Enter the complete name and title of the Veteran and Military Program Manager(s). Have each person sign on the same line as his or her name and title.
5. Item 5A: Enter the complete name and title for each designated certifying official. Have each person sign the form on the same line as his or her name and title. If any of the certifying officials have limited jurisdiction, note such limitations in Item 6, "Remarks". Use space below if needed.
6. Item 5B: Enter the e-mail for each of the certifying officials in Item 5A.
7. Item 5C: If veterans and other eligible persons will be claiming individualized tutorial assistance, complete these blocks.
8. Items 7 and 8: Sign and date the form. The person signing the form must be a person of significant authority, President, Chancellor, Vice-President, Dean or applicable senior institution leadrship.

PURPOSE: This form is used to provide the names and signatures of those individuals who manage/coordinate military/veteran programs and individuals who are authorized to certify enrollment information to the Department of Veterans Affairs.

**1. NAME AND ADDRESS OF SCHOOL OR TRAINING ESTABLISHMENT** (Include ZIP Code)

House of Prayer Bible Seminary
3362 S 54th St
Tacoma, WN 98409
(253) 759-2482

**FOR VA USE ONLY**

**2. TELEPHONE NUMBER OF MILITARY/VETERAN PROGRAM MANAGER** (Include Area Code)
1-855-554-6727

**3. EMAIL ADDRESS OF MANAGER**
eduofficial2013@live.com

**4. THE FOLLOWING ARE IDENTIFIED AS MANAGERS OF MILITARY/VETERAN DEPARTMENT/PROGRAM AT THIS SCHOOL OR TRAINING ESTABLISHMENT.**

A. MILITARY AND/OR VETERAN MANAGER(S) RESPONSIBLE FOR POLICY, REGULATORY COMPLIANCE AND PROCEDURAL CHANGES.

| NO. | NAME | TITLE | SIGNATURE |
|---|---|---|---|
| (1) | Marcus Labat | Controller | [signed] |
| (2) | Omar A. Garcia | Registrar | [signed] |

**5. THE FOLLOWING ARE DESIGNATED AS CERTIFYING OFFICIALS OF THIS SCHOOL OR TRAINING ESTABLISHMENT.**

A. OFFICIALS DESIGNATED TO SIGN VA ENROLLMENT CERTIFICATIONS, CERTIFICATIONS OF CHANGE IN STUDENT STATUS, CERTIFICATIONS OF DELIVERY OF ADVANCE PAYMENTS, CERTIFICATIONS OF PURSUIT, ATTENDANCE, FLIGHT TRAINING, ON-THE-JOB OR APPRENTICESHIP TRAINING (AS APPLICABLE), OTHER CERTIFICATIONS OF ENROLLMENT ARE:

| NO. | NAME | TITLE | SIGNATURE |
|---|---|---|---|
| (1) | Christopher Barnes | Admin Officer | [signed] |
| (2) | Eugene White | Service Officer | [signed] |
| (3) | Marcus Labat | Controller | [signed] |
| (4) | Omar A Garcia | Registrar | [signed] |

B. ENTER EMAIL ADDRESSES OF SCHOOL OFFICIALS LISTED IN 5A ABOVE.

| (1) eduofficial2013cbarnes@outlook.com | (2) eduofficial2013cwhite@outlook.com |
| (3) eduofficial2013mlabat@outlook.com | (4) eduofficial2013@live.com |

VA FORM MAR 2016 **22-8794**   (See Reverse)

### 5. THE FOLLOWING ARE DESIGNATED AS CERTIFYING OFFICIALS OF THIS SCHOOL OR TRAINING ESTABLISHMENT (Continued)

C. FOR POSTSECONDARY EDUCATIONAL INSTITUTIONS ONLY - OFFICIALS DESIGNATED TO SIGN THE SCHOOL PORTION OF VA FORM 22-1990T, APPLICATION AND ENROLLMENT CERTIFICATION FOR INDIVIDUALIZED TUTORIAL ASSISTANCE, ARE:

| NO. | NAME | TITLE | SIGNATURE |
|---|---|---|---|
| (1) | | | |
| (2) | | | |
| (3) | | | |

### 6. REMARKS

It is acknowledged that each of the individuals designated as certifying officials must successfully complete online training for new certifying officials prior to being granted access to VA's certification system. **It is hereby certified that** the Department of Veterans Affairs will be notified of any changes in the designations shown on this form as they occur.

### 7. SIGNATURE AND TITLE OF DESIGNATING OFFICIAL (i.e. President, Chancellor, Vice President, Dean or applicable senior institution leadership.

*[signature]* Registrar

### 8. DATE
8/17/17

**PENALTY** - The law provides that whoever makes any statement of a material fact knowing it to be false shall be punished by fine or imprisonment or both.

PRIVACY ACT NOTICE: VA will not disclose information collected on this form to any source other than what has been authorized under the Privacy Act of 1974 or Title 38, Code of Federal Regulations 1.576 for routine uses as identified in the VA system of records, 58VA21/22/28, Compensation, Pension, Education, Vocational Rehabilitation and Employment Records - VA, and published in the Federal Register. An example of a routine use (e.g., VA sends educational forms or letters with a veteran's identifying information to the veteran's school or training establishment to (1) assist the veteran in the completion of claims forms or (2) for VA to obtain further information as may be necessary from the school for VA to properly process the veteran's education claim or to monitor his or her progress during training). Your obligation to respond is required to obtain or retain education benefits. VA cannot recognize you as the proper certifying official unless the information is furnished as required by existing law (38 U.S.C. 3680(g)). The responses you submit are considered confidential (38 U.S.C. 5701). Any information provided by applicants, recipients, and others is subject to verification through computer matching programs with other agencies.

RESPONDENT BURDEN: We need this information to identify Veteran and Military Program Manager(s) as well the certifying official(s) for your school or job training establishment when reporting pursuit of training for veterans and other eligible persons (38 U.S.C. 3684). Title 38, United States Code, allows us to ask for this information. We estimate that you will need an average of 10 minutes to review the instructions, find the information, and complete this form. VA cannot conduct or sponsor a collection of information unless a valid OMB control number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB control numbers can be located on the OMB Internet Page at www.reginfo.gov/public/do/PRAMain. If desired, you can call 1-888-GI-BILL-1 (1-888-442-4551) to get information on where to send comments or suggestions about this form.

VA FORM 22-8794, MAR 2016