# EXHIBIT A

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 4:22mj53–CLR
THE PREMISES LOCATED AT 2540 AIRPORT )
ROAD AND 2658 AIRPORT ROAD, HINESVILLE, GA )
31313 (HOUSE OF PRAYER BIBLE SEMINARY) )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Southern____ District of ____Georgia____
*(identify the person or describe the property to be searched and give its location):*
Please see attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*
Please see attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____June 30, 2022____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Christopher L. Ray____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____

Date and time issued:  06/16/2022 2:45 pm                     *Christopher L. Ray*
                                                              *Judge's signature*

City and state:  Savannah, Georgia                             Christopher L. Ray, U.S. Magistrate Judge
                                                              *Printed name and title*

*Application and affidavit submitted and received by electronic mail, sworn to by telephone, and warrant issued and transmitted to the applicant by electronic mail, all pursuant to Fed.R.Crim.P. 4.1(b)(6).*