# EXHIBIT B



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Georgia*

```
Post Office Box 8970      22 Barnard Street, #300
Savannah, GA 31412        Savannah, GA 31401
Tel: (912) 652-4422       Fax: (912) 652-4227
```

ASAC Katie O'Neil
(202) 340-4612

June 23, 2022

**BY HAND DELIVERY**          RE:   TARGET WARNINGS

Marcus Labat
812 Forest Street
Hinesville, GA 31313

Mr. Labat,

This letter is to inform you that you are the subject of a United States federal criminal investigation. This investigation involves, among other things, allegations that you participated in a scheme to defraud the Department of Veterans' Affairs in connection with your involvement with House of Prayer Bible Seminary. The crimes being investigated include, but are not limited to, Theft of Government Funds in violation of 18 U.S.C. § 641, False Statements in violation of 18 U.S.C. § 1001, Submission of False, Fictitious, or Fraudulent Claims in violation of 18 U.S.C. § 287, Wire Fraud in violation of 18 U.S.C. § 1343, and Conspiracy in violation of 18 U.S.C. §§ 371 and 1349.

We are offering you the opportunity to discuss these matters with the government before the decision to bring formal charges is made. You are under no obligation to accept this invitation, and it is entirely your decision.

Before making this decision, you may wish to consult with an attorney. If you choose to hire an attorney, he or she can contact me directly to discuss this matter and your options. If you cannot afford to hire an attorney but wish to retain one, you may apply to the United States Magistrate to appoint an attorney for you. To do so, you should contact Molly Davenport, Deputy Clerk, at 912-650-4035 and provide her with a copy of this letter and the attached financial affidavit.

You or your attorney may also direct any questions about this letter to Special Agent Katie O'Neil at (202) 340-4612.

Sincerely,

DAVID H. ESTES
UNITED STATES ATTORNEY

/s/ *Jennifer J. Kirkland*

Jennifer J. Kirkland
Assistant United States Attorney
912 652 4422
Jennifer.kirkland@usdoj.gov