**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:23-CV-91 |
| ) | |
| HOUSE OF PRAYER BIBLE SEMINARY, ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF INTENT TO FILE REPLY

Petitioner gives notice under Local Rule 7.6 of its intention to reply to the responses to the Court's Order to Show Cause filed by Marcus Labat (Doc. 39), House of Prayer Bible Seminary (Doc. 39), and House of Prayer Christian Churches of America, Inc. (40).

Dated: March 12, 2024        Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Bradford C. Patrick*
Assistant United States Attorney
South Carolina Bar No. 102092
Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422
Email: Bradford.Patrick@usdoj.gov