IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 4:23-cv-00091-RSB-CLR |
| v. | ) |
| | ) |
| HOUSE OF PRAYER BIBLE SEMINARY | ) |
| | ) |

WILLIAM PILKINGTON'S
RESPONSE TO SHOW CAUSE ORDER

COMES NOW William Pilkington and responds to the Court's Show Cause Order as follows:

1. I only learned late last evening of a misunderstanding regarding my representation by legal counsel. Specifically, I erroneously believed that counsel for HOPCC was also representing me personally as an officer of HOPCC in this matter, and I learned only last evening that this was not the case.

2. I am in the process of diligently seeking individual counsel. While I do so, I hereby adopt the Responses to this Court's Motion to Show Cause filed on behalf of House of Prayer Christian Churches, House of Prayer Bible Seminary, and Pastor Marcus Labat in this Court on March 11, 2024.

3. I request that this Court give me ten (10) days to locate counsel and to and further respond if necessary.

Respectfully submitted this the 12th day of March, 2024.

*/s/ William Pilkington*
William Pilkington
408 Wooddale Drive
Hinesville, GA 31313
William.pilkington408@gmail.com
254-290-0510

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  v. )  )  HOUSE OF PRAYER BIBLE )  SEMINARY ) | No. 4:23-cv-00091-RSB-CLR |

## CERTIFICATE OF SERVICE

I certify that I have this 12th day of March, 2024 electronically filed a copy of the foregoing WILLIAM PILKINGTON RESPONSE TO SHOW CAUSE ORDER with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ William Pilkington*
William Pilkington
408 Wooddale Drive
Hinesville, GA 31313
William.pilkington408@gmail.com
254-290-0510