Exhibit Cover Page

# EXHIBIT G

# Email dated September 21, 2023, from Bradford C. Patrick to Jennifer Little



| | |
|---|---|
| **From:** | Patrick, Bradford (USAGAS) |
| **To:** | Jennifer Little; Holly Pierson |
| **Subject:** | RE: Motion for review |
| **Date:** | Thursday, September 21, 2023 3:43:00 PM |

Thanks, Jennifer.

I think we've misunderstood each other. The time for your client to respond with arguments as to why it should not have to comply with the CIDs was months ago when it was served with the petition, or when it was served with the government's motion for default. There now is a Court order for the Seminary to provide the sworn declarations and responses to the second CID. My belief is that you needed additional time to respond in that fashion to bring your client into compliance.

==If the Seminary contends it was improperly served or the Court lacks jurisdiction, please tell me the appropriate service address and what court it contends has jurisdiction as soon as possible so that we can potentially cure any defect.==

From my perspective, it seems the appropriate way to handle this is for the government to file its motion for an order to show cause or show cause hearing why the Seminary, Gerard Robertson, Marcus Labat, and Omar Garcia should not be held in contempt to afford them to opportunity to raise whatever defenses they may have to their refusal to comply. If there is a more efficient way for the government to proceed, please let me know what that is.

Thanks again,
Brad

Bradford C. Patrick
Assistant United States Attorney
U.S. Attorney's Office
P.O. Box 8970
Savannah, GA 31412
(912) 652-4422 (general office)
(912) 201-2555 (direct)
bradford.patrick@usdoj.gov

**From:** Jennifer Little <jlittle@jllaw.com>
**Sent:** Thursday, September 21, 2023 3:28 PM
**To:** Patrick, Bradford (USAGAS) <BPatrick@usa.doj.gov>; Holly Pierson <hpierson@piersonlawllc.com>
**Subject:** [EXTERNAL] Re: Motion for review

Brad,

Thanks for your email. To clarify, we are not asking the government to consent to any relief — we understand the government is not going to do that. The only thing we are asking for your consent for, and that I thought we had your consent for, was for the extension of time to respond.

Let me know.

Thanks,

Jennifer

Sent from my Verizon, Samsung Galaxy smartphone

### Jennifer L. Little

Jennifer Little Law, LLC

400 Galleria Parkway SE

Suite 1920

Atlanta, GA 30339

Office:  (404) 947-7778

www.jllaw.com

This electronic message transmission contains information from the law firm Jennifer Little Law, LLC that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you have received this electronic transmission in error, please notify us immediately at the above listed number or by electronic mail.

---

**From:** Patrick, Bradford (USAGAS) <Bradford.Patrick@usdoj.gov>
**Sent:** Thursday, September 21, 2023 2:59:10 PM
**To:** Jennifer Little <jlittle@jllaw.com>; Holly Pierson <hpierson@piersonlawllc.com>
**Subject:** Re: Motion for review

Jennifer:
I understood that you were filing a motion to comply with the court's order, which required compliance by last Friday. This reads as though you are seeking time to challenge the order. We cannot consent to that relief. Please let me know if you would like to discuss further.

Thanks,
Brad


Get Outlook for iOS

**From:** Jennifer Little <jlittle@jllaw.com>
**Sent:** Thursday, September 21, 2023 2:19:24 PM
**To:** Patrick, Bradford (USAGAS) <BPatrick@usa.doj.gov>; Holly Pierson <hpierson@piersonlawllc.com>
**Subject:** [EXTERNAL] Motion for review

**Brad, I have included Holly Pierson who will be working this case with me. Attached is the proposed motion we discussed. Please let me know if you have any edits, and Holly will file today. Thanks,**

*Jennifer L. Little*

Jennifer Little Law, LLC

400 Galleria Parkway SE

Suite 1920

Atlanta, GA 30339

Office:  (404) 947-7778


www.jllaw.com


This electronic message transmission contains information from the law firm Jennifer Little Law, LLC that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you have received this electronic transmission in error, please notify us immediately at the above listed number or by electronic mail.