Exhibit Cover Page

# EXHIBIT H

# Email dated October 18, 2023, from Bradford C. Patrick to Jennifer Little and Holly Pierson



| | |
|---|---|
| **From:** | Patrick, Bradford (USAGAS) |
| **To:** | Jennifer Little; Holly Pierson |
| **Subject:** | Service of CID on House of Prayer Bible Seminary |
| **Date:** | Wednesday, October 18, 2023 10:20:00 AM |

Jennifer and Holly:

I hope all is well. I expect we will issue a new CID shortly to House of Prayer Bible Seminary. Would you please advise whether you will accept service of the CID on its behalf? If not, please tell me the address that House of Prayer Bible Seminary contends is its principal office or place of business so that we can be serve it pursuant to 31 USC s 3733(d)(1)(C).

Relatedly, we also expect to serve a CID on House of Prayer Churches of America, Inc. Do you represent HOPCC as well? If so, I'd also appreciate knowing whether you'll accept service or, alternatively, the location of its principal office or place of business.

Thank you,
Brad

Bradford C. Patrick
Assistant United States Attorney
U.S. Attorney's Office
P.O. Box 8970
Savannah, GA 31412
(912) 652-4422 (general office)
(912) 201-2555 (direct)
bradford.patrick@usdoj.gov