Exhibit Cover Page

# EXHIBIT I

# Email dated December 14, 2023, from Bradford C. Patrick to Jennifer Little and Holly Pierson



| | |
|---|---|
| **From:** | Patrick, Bradford (USAGAS) |
| **To:** | Holly Pierson; Jennifer Little |
| **Subject:** | RE: CID response 2023-010 |
| **Date:** | Thursday, December 14, 2023 4:23:00 PM |

Jennifer and Holly:

I thought it would be useful in advance of our call tomorrow to summarize the issues we have with respect to HOPBS's response to CID No. 2023-010.



Lastly, I would like to clarify the basis on which HOPBS is refusing to comply with CID Nos. 2019-041 and 2023-001. As to the latter, you have alluded in the past to a possible issue with respect to

service. I use those qualifications intentionally because, despite my requests that it do so, HOPBS has never indicated that it believes service to have been improper and, if so, where it believes the government should have served CID No. 2023-001. Would you please provide HOPBS's position? As to CID No. 2019-041, there is no dispute as to service, as HOPBS's counsel accepted service of the CID on its behalf. The government had understood HOPBS asserted that it could not certify compliance due to the existence of a criminal investigation. As evidenced by HOPBS's provision of a certificate of compliance with the government's document requests contained in CID No. 2023-010, however, the existence of a criminal investigation does not impair or excuse a corporate entity from its statutory obligations under 31 USC s 3733. It would therefore appear there isn't a basis to withhold that verification and we may be able to resolve that aspect of the government's enforcement petition.

Interested to hear your thoughts.

Thank you,
Brad


Bradford C. Patrick
Assistant United States Attorney
U.S. Attorney's Office
P.O. Box 8970
Savannah, GA 31412
(912) 652-4422 (general office)
(912) 201-2555 (direct)
bradford.patrick@usdoj.gov

---

**From:** Holly Pierson <hpierson@piersonlawllc.com>
**Sent:** Thursday, December 14, 2023 3:27 AM
**To:** Patrick, Bradford (USAGAS) <BPatrick@usa.doj.gov>; Jennifer Little <jlittle@jllaw.com>
**Subject:** [EXTERNAL] Re: CID response 2023-010

Should work for me too.

Holly A. Pierson

404-353-2316

www.piersonlawllc.com

---

**From:** Patrick, Bradford (USAGAS) <Bradford.Patrick@usdoj.gov>
**Sent:** Wednesday, December 13, 2023 3:05 PM
**To:** Jennifer Little <jlittle@jllaw.com>; Holly Pierson <hpierson@piersonlawllc.com>

**Subject:** Re: CID response 2023-010

Sure. I am free after around 2:30 on Friday.

Thank you,
Brad

Get [Outlook for iOS](#)

---

**From:** Jennifer Little <jlittle@jllaw.com>
**Sent:** Wednesday, December 13, 2023 2:56:41 PM
**To:** Patrick, Bradford (USAGAS) <BPatrick@usa.doj.gov>; Holly Pierson <hpierson@piersonlawllc.com>
**Subject:** [EXTERNAL] Re: CID response 2023-010

Friday afternoon?  Work for you Holly?

*Jennifer L. Little*

Jennifer Little Law, LLC

400 Galleria Parkway SE

Suite 1920

Atlanta, GA 30339

Office:  (404) 947-7778


www.jllaw.com


This electronic message transmission contains information from the law firm Jennifer Little Law, LLC that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you have received this electronic transmission in error, please notify us immediately at the above listed number or by electronic mail.

---

**From:** Patrick, Bradford (USAGAS) <Bradford.Patrick@usdoj.gov>
**Sent:** Wednesday, December 13, 2023 11:33 AM
**To:** Jennifer Little <jlittle@jllaw.com>; Holly Pierson <hpierson@piersonlawllc.com>
**Subject:** RE: CID response 2023-010

Hi Jennifer:

Have you been able to identify a time where we can speak? I'd like to hold the time on my calendar.

Thanks,
Brad

Bradford C. Patrick
Assistant United States Attorney
U.S. Attorney's Office
P.O. Box 8970
Savannah, GA 31412
(912) 652-4422 (general office)
(912) 201-2555 (direct)
bradford.patrick@usdoj.gov

**From:** Patrick, Bradford (USAGAS) <BPatrick@usa.doj.gov>
**Sent:** Monday, December 11, 2023 7:39 PM
**To:** Jennifer Little <jlittle@jllaw.com>; Holly Pierson <hpierson@piersonlawllc.com>
**Subject:** Re: CID response 2023-010

Thanks Jennifer and I've been there. I will look for your email on timing.

Get Outlook for iOS

**From:** Jennifer Little <jlittle@jllaw.com>
**Sent:** Monday, December 11, 2023 7:26:55 PM
**To:** Patrick, Bradford (USAGAS) <BPatrick@usa.doj.gov>; Holly Pierson <hpierson@piersonlawllc.com>
**Subject:** [EXTERNAL] Re: CID response 2023-010

Of course we can chat... i just may need to make it over the weekend or monday. The court moved up my expected motions date by 3 weeks (to Friday) which is one of the reasons I have been slammed (in additional to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮). I may have some time later in the week if I can make some real progress. Jist let me get back to you on timing. Sorry.

Sent from my Verizon, Samsung Galaxy smartphone

# Jennifer L. Little

Jennifer Little Law, LLC

400 Galleria Parkway SE

Suite 1920

Atlanta, GA 30339

Office: (404) 947-7778

www.jllaw.com

This electronic message transmission contains information from the law firm Jennifer Little Law, LLC that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you have received this electronic transmission in error, please notify us immediately at the above listed number or by electronic mail.

---

**From:** Patrick, Bradford (USAGAS) <Bradford.Patrick@usdoj.gov>
**Sent:** Monday, December 11, 2023 7:06:53 PM
**To:** Jennifer Little <jlittle@jllaw.com>; Holly Pierson <hpierson@piersonlawllc.com>
**Subject:** Re: CID response 2023-010

Thank you, Jennifer. I appreciate it. Can we set up time later this week to discuss the completeness of these responses? Please let me know when you will be available.

Best,
Brad

Get Outlook for iOS

---

**From:** Jennifer Little <jlittle@jllaw.com>
**Sent:** Monday, December 11, 2023 6:18:40 PM
**To:** Patrick, Bradford (USAGAS) <BPatrick@usa.doj.gov>; Holly Pierson <hpierson@piersonlawllc.com>
**Subject:** [EXTERNAL] CID response 2023-010

**Brad, I have attached the response. CID 011 to HOP has not arrived yet per the tracking information. The other CID's to the LLC's will be handled by Scott Grubman. Let me know if there is anything else outstanding. Thanks,**

*Jennifer L. Little*

Jennifer Little Law, LLC

400 Galleria Parkway SE

Suite 1920

Atlanta, GA 30339

Office:  (404) 947-7778

[www.jllaw.com](www.jllaw.com)

This electronic message transmission contains information from the law firm Jennifer Little Law, LLC that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you have received this electronic transmission in error, please notify us immediately at the above listed number or by electronic mail.