Exhibit Cover Page

# EXHIBIT K

# Email dated September 15, 2023, from Bradford C. Patrick to Jennifer Little and Steve Sadow



| | |
|---|---|
| **From:** | Patrick, Bradford (USAGAS) |
| **To:** | Jennifer Little; Steve Sadow |
| **Subject:** | RE: Bible Seminary. |
| **Date:** | Friday, September 15, 2023 1:26:00 PM |
| **Attachments:** | 1 - Petition.pdf |
| | 1-3 Exhibit B.pdf |
| | 1-2 Exhibit A.pdf |
| | 3-6 - Exhibit F.pdf |
| | 3-7 - Exhibit G.pdf |
| | 3-8 - Exhibit H.pdf |
| | 3-9 - Exhibit I.pdf |
| | 3-10 - Exhibit J.pdf |
| | 3 - MOTION for Order to Show Cause and for Summary Enforcement of Civil Investigative Demands.pdf |
| | 3-1 - Exhibit A.pdf |
| | 3-2 - Exhibit B.pdf |
| | 3-3 - Exhibit C.pdf |
| | 3-4 - Exhibit D.pdf |
| | 3-5 - Exhibit E Placeholder.pdf |
| | 18 - ORDER granting re [14] Motion for Default Judgment.pdf |

Bradford C. Patrick
Assistant United States Attorney
U.S. Attorney's Office
P.O. Box 8970
Savannah, GA 31412
(912) 652-4422 (general office)
(912) 201-2555 (direct)
bradford.patrick@usdoj.gov

**From:** Jennifer Little <jlittle@jllaw.com>
**Sent:** Friday, September 15, 2023 1:13 PM
**To:** Steve Sadow <stevesadow@gmail.com>; Patrick, Bradford (USAGAS) <BPatrick@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Bible Seminary.

Mr. Patrick, I hope you are well.  When is a good time to discuss this matter?  Thank you,

*Jennifer L. Little*

Jennifer Little Law, LLC

400 Galleria Parkway SE

Suite 1920

Atlanta, GA 30339

Office:  (404) 947-7778


www.jllaw.com

This electronic message transmission contains information from the law firm Jennifer Little Law, LLC that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you have received this electronic transmission in error, please notify us immediately at the above listed number or by electronic mail.

**From:** Steve Sadow <stevesadow@gmail.com>
**Sent:** Friday, September 15, 2023 11:19 AM
**To:** Bradford Patrick <Bradford.Patrick@usdoj.gov>
**Cc:** Jennifer Little <jlittle@jllaw.com>
**Subject:** Bible Seminary.

Please be advised that I understand attorney Jennifer Little will be representing the Bible Seminary.

Steve Sadow
404-577-1400 office
404-242-9440 cell