UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 4:23-CV-91 |
| HOUSE OF PRAYER BIBLE SEMINARY, | ) ) ) | |
| Respondent. | ) | |

**MOTION TO WITHDRAW THE UNITED STATES' MOTION FOR AN ORDER TO SHOW CAUSE WHY HOUSE OF PRAYER BIBLE SEMINARY, HOUSE OF PRAYER CHRISTIAN CHURCHES OF AMERICA, INC., GERARD ROBERTSON, MARCUS LABAT, AND WILLIAM PILKINGTON SHOULD NOT BE HELD IN CIVIL CONTEMPT**

The United States initiated this action by petitioning the Court on April 7, 2023, to enforce Civil Investigative Demand (CID) Nos. 2019-041 and 2023-001 against Respondent House of Prayer Bible Seminary (HOPBS). Doc. 1. The Court enforced these CIDs on September 5, 2023. Doc. 18. When HOPBS did not comply, the United States filed a motion on September 26, 2023, for an order to show cause why HOPBS, as well as House of Prayer Christian Churches of America, Inc. (HOPCC), Gerard Robertson, Marcus Labat, and William Pilkington, should not be held in civil contempt. Doc. 21. On February 7, 2024, the Court granted the United States' motion and ordered each of these entities and individuals to show cause why they should not be held in contempt of Court. Doc. 26. The Court held a telephonic status conference on July 15, 2025, and directed the parties to attempt an informal resolution of their dispute before a magistrate judge and, if those efforts were

unsuccessful, appear for an additional hearing on the United States' contempt motion. Doc. 67.

The United States' investigative needs have changed in the two years since it initiated this action and sought contempt. The United States maintains that Respondent has violated obligations imposed by 31 U.S.C. § 3733 and has ignored lawful orders of this Court. To be sure, the United States has an institutional interest to ensure that recipients of CIDs respond and Court orders enforcing CIDs are obeyed. Neither that interest, however, nor whatever remaining relevance the material sought by the CIDs has to the civil investigation, outweighs the resources that would need to be expended by the United States and the Court to obtain Respondent's compliance. For that reason, the United States respectfully moves to withdraw its motion for the Court to hold HOPBS, HOPCC, Robertson, Labat, and Pilkington in contempt.

The United States has conferred with counsel for HOPBS, HOPCC, Robertson, Pilkington, and Labat regarding the relief sought in this motion. Labat, through counsel, consents to the United States' request to withdraw its motion. Counsel for HOPBS, HOPCC, Robertson, and Pilkington do not object to the relief sought in this motion.

*   *   *

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

*/s/ Bradford C. Patrick*
Assistant United States Attorney
South Carolina Bar No. 102092
Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422
Email: Bradford.Patrick@usdoj.gov