# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CIVL CASE NO. |
| | § | |
| v. | § | 4:23-CV-91 |
| | § | |
| HOUSE OF PRAYER BIBLE SEMINARY, | § § § § | |
| Defendant. | § | |

## HOUSE OF PRAYER BIBLE SEMINARY'S STATUS REPORT

COMES NOW House of Prayer Bible Seminary ("HOPBS"), by and through the undersigned counsel, and files this Status Report in response to the Court's July 23, 2025 Order. ECF No. 69.

While HOPBS disagrees with the Government's assertions and positions regarding the status of this matter, it agrees that further proceedings in this matter are unnecessary and that the matter can now be dismissed or closed. Specifically, for the reasons set forth in HOPBS' prior briefing in this matter, the Government failed to properly serve HOPBS with process in this case, rendering the default and default judgment void as a matter of law. *See, e.g.,* HOPBS Response to Show Cause Order at 8-15 [ECF No. 39].

1

Because the Government has now abandoned its efforts to attempt to enforce this void order, however, HOPBS does not believe that it is either necessary or an efficient use of this Court's time and resources to adjudicate these substantive matters. As such, and while preserving all of its substantive positions in this matter, HOPBS[1] does not object to the dismissal or closure of this case as the Court sees fit.

Respectfully submitted this 6th day of August, 2025.

/s/ Holly A. Pierson
Holly A. Pierson
Georgia Bar No. 579655
PIERSON LAW LLC
171 17th Street NW, Suite 1550
Atlanta, GA 30363
404-353-2316
hpierson@piersonlawllc.com

/s/ Jennifer L. Little
Jennifer L. Little
Georgia Bar No. 141596
JENNIFER LITTLE LAW, LLC
400 Galleria Parkway SE, Suite 1920
Atlanta, Georgia 30339
Office: (404) 947-7778
jlittle@jllaw.com

*Admitted Pro Hac Vice*

---

[1] Counsel also represents HOPCC, Mr. Pilkington, and Mr. Robertson, who are not parties in this action but against whom the Government also initially sought civil contempt. HOPCC, Mr. Pilkington, and Mr. Robertson preserve and do not waive their substantive positions in this matter, but they also have no objection to the dismissal or closure of this case under these circumstances as the Court sees fit.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CIVL CASE NO. |
| | § | |
| v. | § | 4:23-CV-91 |
| | § | |
| HOUSE OF PRAYER BIBLE SEMINARY, | § § § | |
| | § | |
| Defendant. | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, the undersigned electronically filed the foregoing filing using the CM/ECF system, which will automatically send email notification of such filing to the attorney(s) of record.

Bradford Patrick
Assistant U.S. Attorney
Southern District of Georgia
P.O. Box 8970
Savannah, GA 31412

*/s/ Holly A. Pierson*
Holly A. Pierson

3