IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Petitioner, | CIVIL ACTION NO.: 4:23-cv-91 |
| v. | |
| HOUSE OF PRAYER BIBLE SEMINARY, | |
| Respondent. | |

**O R D E R**

The Court recently permitted the United States of American to withdraw its Motion for Contempt against Respondent and two other interested parties due to their failure to comply with the Court's previous Order enforcing two Civil Investigative Demands. (Doc. 69.) In the Order permitting withdrawal, the Court directed the parties to file either a stipulation of dismissal or a status report advising the Court of any issues or requests for relief that remain pending in this proceeding. (Id. at p. 2.) Both parties have filed their respective Status Reports. (See docs. 70 & 71.) The parties agree that no further proceedings in this matter are necessary and that the matter can now be closed. (Docs. 70 & 71.) Accordingly, the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 25th day of August, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA